IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __09CV02388__
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 1 2009

GREGORY C. LANGHAM
CLERK

Anthony Nathaniel Romero #82681, Plaintiff,
Colorado Dept. of Corrections
P.O. Box 600 - C.C.F.
Cañon City, Colorado 81215

v.

Aristedes W. Zavares; Executive Director of Colo. Dept of Correction.

James Lander; Treatment Superviser of Colo. Dept. of Corrections Sex Offender Treatment program and classification.
_____, Defendant(s).

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   1.) I am unable to pay such fees or give security therefor. I would like to set up payment plan please.

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

*I have no assets, I am an inmate awarded to the state ~ Colorado Dept. of Corrections.*

5. Are you in imminent danger of serious physical injury?

___ Yes  ✓ No  (CHECK ONE). If you answered yes, briefly explain your answer:

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  *28 Sept. 09*
                       (Date)

*[signature]*
(Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                                          2

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Centennial Correctional Facility          Colorado State Penitentiary

P. O. Box 600                    P. O. Box 777
Canon City, CO  81215-0600       Canon City, CO 81215-0777
Phone: (719) 269-5510            Phone: (719) 269-5120
FAX:  (719) 269-5545             FAX:  (719) 269-5125



Bill Ritter, Jr.
Governor


Aristedes W. Zavaras
Executive Director


I Case Manager J. Holcomb Certify that the attached Statement of Account Activity for Offender Romero, Anthony 82681 for the dates of 4/11/09 thru 09/11/09 are true and accurate according to CDOC records.

S/ _____ Date____09/11/2009_

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 09/11/2009 = Page   1

Account: 82681 ROMERO, ANTHONY N                      CENTENNIAL CCF/UNIT1B
         To:From Dates   04/11/2009: 09/11/2009
======================================================================
Trans Date    Description              Deposits  Withdrawls    Balance    Loc
----------    ------------------------ --------- ----------  ----------   ---
04/11/2009 BALANCE AS OF 04/11/2009                              43.60
04/13/2009 MEDICAL-CREDIT 03/17/09       3.00                    46.60 CS
04/14/2009 WESTERN UNION CREDIT         50.00                    96.60 CS
04/16/2009 Canteen Order #6602807                    19.60       77.00 CS
04/23/2009 Canteen Order #6616987                    20.86       56.14 CS
04/29/2009 Canteen Order #6630215                    23.53       32.61 CS
04/30/2009 CHILD SUPPORT-22025747928                  5.66       26.95 CS
04/30/2009 RESTITUTION-93CR1094                       5.66       21.29 CS
05/02/2009 JPAY CREDIT                 100.00                   121.29 CS
05/05/2009 2 STUDENT                     3.90                   125.19 CS
05/05/2009 1 A POD - UNASSIGNED          2.07                   127.26 CS
05/06/2009 Canteen Order #6643263                    27.86       99.40 CS
05/13/2009 Canteen Credit #6664004      22.86                   122.26 CS
05/21/2009 Canteen Order #6681102                    39.59       82.67 CS
05/22/2009 Canteen Order #6644234                     4.30       78.37 CS
05/28/2009 Canteen Order #6691261                    39.72       38.65 CS
05/29/2009 CHILD SUPPORT-22025747928                 10.60       28.05 CS
05/29/2009 RESTITUTION-93CR1094                      10.60       17.45 CS
06/02/2009 MEDICAL APPOINT                            3.00       14.45 CS
06/03/2009 Canteen Order #6705187                    12.54        1.91 CS
06/05/2009 1 STUDENT                     5.93                     7.84 CS
06/05/2009 1 A POD - UNASSIGNED          0.23                     8.07 CS
06/10/2009 Canteen Order #6723955                     6.53        1.54 CS
06/13/2009 JPAY CREDIT                  40.00                    41.54 CS
06/17/2009 Canteen Order #6739970                    30.63       10.91 CS
06/19/2009 JPAY CREDIT                 120.00                   130.91 CS
06/25/2009 Canteen Order #6758438                    22.61      108.30 CS
06/25/2009 POSTAGE-DEBIT                              2.92      105.38 CS
06/30/2009 CHILD SUPPORT-22025747928                 16.61       88.77 CS
06/30/2009 RESTITUTION-93CR1094                       5.17       83.60 CS
06/30/2009 RESTITUTION-96CR1059                      11.44       72.16 CS
07/02/2009 1 STUDENT                     6.60                    78.76 CS
07/06/2009 Canteen Order #6768582                    47.58       31.18 CS
07/06/2009 JPAY CREDIT                  50.00                    81.18 CS
07/08/2009 Canteen Order #6779503                    23.76       57.42 CS
07/10/2009 DENTAL APPOINT                             3.00       54.42 CS
07/15/2009 Canteen Order #6798767                    28.78       25.64 CS
07/22/2009 Canteen Order #6780066                     6.67       18.97 CS
07/22/2009 Canteen Order #6812909                     7.60       11.37 CS
07/22/2009 DENTAL APPOINT                             3.00        8.37 CS
07/31/2009 CHILD SUPPORT-22025747928                  5.66        2.71 CS
07/31/2009 RESTITUTION-96CR1059                       5.66       -2.95 CS
08/04/2009 1 STUDENT                     5.33                     2.38 CS
08/04/2009 JPAY CREDIT                  60.00                    62.38 CS
08/05/2009 1 D POD-UNASSIGNED            1.15                    63.53 CS
08/12/2009 Canteen Order #6855872                    32.53       31.00 CS
08/19/2009 Canteen Order #6873688                     8.53       22.47 CS
08/20/2009 Canteen Order #6856391                     0.60       21.87 CS
08/27/2009 Canteen Order #6886736                     8.42       13.45 CS
08/31/2009 CHILD SUPPORT-22025747928                  6.65        6.80 CF
08/31/2009 RESTITUTION-96CR1059                       6.65        0.15 CF
09/03/2009 1 D POD-UNASSIGNED            4.14                     4.29 CF
```

```
09/03/2009 JPAY CREDIT                          200.00                         204.29 CF


09/04/2009 5 STUDENT                              0.60                         204.89 CF
09/09/2009 Canteen Order #6910333                           25.75              179.14 CF
09/09/2009 1 UNASSIGNED                           0.23                         179.37 CF
09/11/2009 BALANCE AS OF 09/11/2009                                            179.37
================================================================================
                         Total money order in hold:         0.00
                      Current balance as of 09/11/2009:   179.37
                        **Reserved/Encumbered Monies:     152.58
                      Available money as of 09/11/2009:    26.79
```