*original set*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**09CV02388**

Civil Action No. _____
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 7 - 2009

GREGORY C. LANGHAM
CLERK

Inmate #82681
Anthony Nathaniel Romero, Plaintiff,

v.

Aristesdes W. Zavares, Executive Director of Colo. Dept. of Corrections and Sex offender Treatment Programs Team,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 01 2009

GREGORY C. LANGHAM
CLERK

(Rev. 9/02/04)

## A. PARTIES

1. _Anthony Nathaniel Romero #82681_
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   _Unit B3-2 - CCF P.O. Box 600 - Cañon City, Colo. 81215_

2. _Aristedes W. Zavares: Executive Director_
   (Name, title, and address of first defendant) _Colo. Dept. of Correction_
   _And S.O.T.P. Team & Program_
   _2862 S. Circle Drive  Colo. Springs Colo. 80902_

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No  (CHECK ONE).  Briefly explain your answer:

   _____

   _____

3. _____
   (Name, title, and address of second defendant)

   _____

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No  (CHECK ONE).  Briefly explain your answer:

   _____

   _____

4. _____
   (Name, title, and address of third defendant)

   _____

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No  (CHECK ONE).  Briefly explain your answer:

   _____

   _____

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant.  The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 9/02/04)                                        2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

   ✓ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ___ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   _____

   _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

In 1993, in the city of Pueblo, Colo. I was accussed falsly of Sexual Assaut on child and Burglery. An ex-girlfriend who sold drug's and was heavely into the crime sceene & getting high... She accussed me of touching her daughter while she slept between herself & her husband she went back to. She couched her daughter to say particular thing's which did not make any sense at all. I never have done any devious act's like that in my life nor do I have criminal record or prior accussation's.

I demanded trial, so we start trial process & proceedure. At pre-trial we started to have many conferences because District Attorney was sayin' that victem's all were being uncooperitive and were refusing to testify, knowing that we were going to subpoena the older brothers son of Corine Salazar the victem and her daughter. He would later say that his mother was telling her 9yr-old daughter what to tell police when In fact she never was sleeping with the mom a Dad. There were many lies and inconsistantcy.

I nor my family did not know much about (3) the law at all.

(Rev. 9/02/04)

Cont. on Page 2...

(1 of 2)

( C. NATURE OF THE CASE )

... So District Attorney said that they would dismiss that charg of Sexual Assault on child and 1st degree Burgler to Criminal Tresspass. I said no I want a trial. My Public Deffender and the Court told me that dismissed ment exactly that "Dismissed", so I sighned the plea-agreement. I did steal money from her but never went into anyone's room or touch any one.

In 1997 was Dept. of Correction's help an administrative hearing, and than labled me as (S.4 NON-Conviction). My visits and photo's and earned time were not taken away (photo's of my kid's are all minors and visits with minor is my kid's were not touched.) Two days of earned time was taken because I would not particapate in S.O.T.P. I discharged and than came back now in 2008 with 32yrs. for 2nd dg. Assaut Habitual Criminal Act. CDOC had another administration hearing regarding S.O. Classifacation. They disalowed me my photo of kid's and visits and 2days of earned time in which I previously recieved. This punishment is not supported by even their own Administative Regulation's. Their AR's Speak only of Convicted offenders of S.O. cases. I have no history in my whole life. I offered to under go S.O. Test's that are credible tests and an evaluation to proove that I'm not Sick with that problem. My life long sickness has been drugs. S.O.T.P. is mrs interpreting the legal terminology of a police report (Factual-Basis) as being a fact. Its a Legal term not to imply that Its air tight Fact. That Plea-Agreement came out of a trial Proceedure by State of Colo.

( 2 of 2 )

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Cruel & Unusual Punishment / "Liberty Interest"

   Supporting Facts: Claiming Liberty Interest in not being classified as (Sex Offender S-4 Non-Conviction code) by C.D.O.C. ~ S.O.T.P. Not being punished beyond sentance by Co. State Judicial. I discharged my 2yrs. many years ago for Criminal Tresspassing on that case. I'm doing time for a whole different case. C.D.O.C. is taking earned time (2 day) per mounth from my normal (10 days) per. mounth. That action lentghen's my prison sentence. I was recieving earned time in full but now CDOC S.O.T.P. Commity are punishing me under the guise of treatment, for me refuseing to participate in their program because I'm not a sex offender nor have I ever been and my record prooves that. Also for not allowing me my photos of my very own kid's or visits with my children (all minor's). I had priviously been recieving visits and had all my photos of my children even after their administrative S.O. hearing. The S.O.T.P. Commity makes up rules & punishment as they wish as they go along without any of even their own Administrative Regulations to support their punishment. All their A.R.'s Speak only of Convicted and prooven sex offenders.

(Rev. 1/30/07)            ( 4 )            continue on p. 2.

( 1 OF 2 )

## D. Cause of Action

... Also not being made to register as S.O. when I parole from this sentence I'm now serving for 2nd dg. Assault - Habitual Crim. I have no conviction's ever of Sexual Assault. Judicial System of Colo and United States Federal cases do not make people register as S.O. if not convicted or in my case I've never been accussed or convicted of that type of case. The one accusation was a lie and was dismissed. If C.D.O.C. is apart of the Legal branch their A.R.'s and actions should all line up with State & Federal Laws. Tring to make me register as S.O. upon parole is also extending punishment of my privious sentence in which I discharged long ago. IF Federal and State say no Register not a Sex offender than C.D.O.C. should supporting the law and Statutes. Colo Rivised Statut does not make NON-Sex offenders to register.

(2 of 2)

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✓ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).
   I proceeded with proper grievance proceedure. Colo. Dept of Correction tries to say that we can not grieve administrative Regulation i.e. (classification). I did because it violates my Civil Rights and punishes me beyond the Sentence by Colo. State court Judicial.

(Rev. 1/30/07)             7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

(1.) I am requesting that S.O. S-4 code by CDOC-SOTP be removed because it violates my civil Rights.

(2.) I want all my earned time (all 10 days per mounth) as I was previously recieving even after the Administrative hearing in 1997 to present.

(3.) I want my visits with minor's (e.g. my own children) reinstated as they were even after the administrative hearing in 1997. And Also I want all my photos of my children approved to come back in as they always were even after the admin. hearing in 1997. The A.R.'s say those restriction for ("More stringant mail") is for Convicted Sex offenders - prooven offenders.

(4.) Not registering as S.O. upon parole, Because I'm not Sex offender accourding to State & Federal law & colo revised Statules.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  28 Sept - 09
             (Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                              8

(Original Set)

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone:  719.226.4238
Fax:      719.226.4249



Step 3 Grievance Officer

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

August 27, 2009

RE: Grievance #C-CS08/09-183

Dear Mr. Anthony Romero, #82681:

I have reviewed your Step 3 grievance that you filed with regard to mental health ("S" code).

Matters that are not subject to the grievance procedure are outlined in Administrative Regulation 850-04, IV. A. 4.  The subject of your grievance is not an issue which the grievance process was designed to address.  Please check the AR for the appropriate remedy.  The language in the AR states, "This grievance procedure may not be used to seek review of COPD convictions, administrative segregation placement, decisions of the Reading Committee, classification, sex offender designation, parole board decisions, or sentence computation."

Because this is not a valid method for review of your issue, you have not exhausted your administrative remedies. This is the final administrative action in this matter.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed:  Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc:  Working file
      Grievance file
      Tom Kolle, Offender Records

Note; I have exhausted all possible grievance proceedures to best of ability. This response by C.D.o.C. is meerely a tactic to avoid Civil Rights law suit.

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☑

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☐ No ☑
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☑
Date received by case manager: 8/3/09    Case Manager: AMoore

Grievance Number: CCS08/09-183    STEP (Circle One) 1  2  ③

NAME: ANTHONY N. ROMERO    DOC NO.: 82681    FACILITY/UNIT/POD: CSP S6-16

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: THIS (3) STEP GRIEVANCE PROCESS IS AGAINST (D.O.C. ~ S.O.T.P) AND THAT IS MADE CLEAR IN ALL STEPS. MS. JILL HOGBARTH MENTIONED THAT "(ACCORDING TO OFFENDER ~ANY FORM OF PLEA AGREEMENT IS AN ADMISSION OF GUILT." ME AND MY ATTORNEY BOTH TOLD HER THAT "THE S.O.T.P. BOARD WAS SAYING THAT TWISTING THE LANGUAGE OF COLO REVISED STATUTES: SO IT IS (ACCORDING TO S.O.T.P) TWISTED INTERPRETATIONS OF LAW. ALL THIS IS VIOLATION OF DUE PROCESS. D.O.C. IS TRYING TO ADD MORE PUNISHMENT BY TAKING 80 DAYS EARNED TIME FOR NOT GOING TO S.O.T.P TREATMENT AND TRYING TO MAKE ME REGISTER AS S.O. UPON PAROLE BUT NOT EVEN THE COURT ~ JUDICIAL SYSTEM WOULD DO THAT I DID MY TIME & UNCHARGED FOR THAT CASE. REMEDY: TO REMOVE SOTP SCODE.

TO BE COMPLETED BY OFFENDER:
DATE: 8/5/09    OFFENDER SIGNATURE: Anthony N. Romero 82687

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: mental health
DATE: 8/6/09    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Turner Turner 14082

Date ADA grievance sent to AIC:
RESPONSE: MH - Decesaro

RECEIVED
AUG 1 1 2009
Office of Correctional
Legal Services

TO BE COMPLETED BY RESPONDER
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |
|---|---|---|
| | | |

TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE:    OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"

RECEIVED AUG 0 6 2009

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☑

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☐ No ☑
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☑
Date received by case manager: 7/13/09   Case Manager: d. Moore

Grievance Number: CCS08/09-183   STEP (Circle One) 1 ②  3

NAME: ANTHONY N. ROMERO   DOC NO.: #82681   FACILITY/UNIT/POD: A6-16

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** I do not agree nor does my attorney's. I have been advised by my attorney Kathryn G. Hay #20817 to exercise & exhaust the grievance process. District Court themself has said according to Judical Law C.R.S. that I am not S.O. nor would they ever put any S.O. code stigma or make me Register as S.O. this classification is violation of my civil Rights and due process. Its very clear that the D.O.C. S.O.T.P Board has taken legal language & termineighy such as (Factual Bases i.e. Police Report), and twisted it's proper definition. I was nieve to the law in 1993 when this case happened but I was still pushing for a trial. The D.A.'s & victims did not want to go to trial we had many conferences them pleading with me to take plea-agreement stating to me that Dismissed means Dismissed anothing more. my photos were never taken in past years in prison. Remedy is to Remove s-o classification or we go to high ct. cont.

(margin note: to say things. That was also found in transcripts... not my daughter)

TO BE COMPLETED BY OFFENDER:
DATE: 10 July 09   OFFENDER SIGNATURE: Anthony N. Romero  82681

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: mental Health
DATE: 7/15/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Turner  Turner  14082

Date ADA grievance sent to AIC:
RESPONSE: MH Stover - received 7/15/09

The assignment of "S" codes for offenders is done entirely by the SOTMP and cannot be modified or eliminated by facility Mental Health Staff. I understand the issue in your grievance, but you must submit it to the SOTMP.

TO BE COMPLETED BY RESPONDER
DATE GRIEVANCE REC'D BY RESPONDER: 7-25-09   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: John Stover   RESPONSE DATE: 7-27-09

TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 7-30-09   OFFENDER SIGNATURE/PRINT NAME & DOC #: Anthony N. Romero  82681

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

RECEIVED JUL 15 2009

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other **ADA** matter? Yes ☐ No ☒

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert?   Yes ☐ No ☒
Is the subject related to the offender's disability/diabetic condition or other ADA matter?   Yes ☐ No ☒
Date received by Case Manager: 6/3/09   Case Manager: H.S. Campbell, JR. #2383 / Moore

Grievance Number: CCS 08/09-183    STEP (Circle One) ①  2  3

NAME: Anthony N. Romero    DOC NO. 82681    FACILITY/UNIT/POD: D6-16

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: On May 22, 2009 a review of my D.O.C. Mental Health Case File (SOTP) classification was reviewed because of my re-incarseration on different case. D.O.C. (SOTP) Ad-Min Board/Panel has continued their classification on me as (S-4 Code) non-conviction and "more stringent" mail and property restrictions etc...

My basis for grievance is; that it violates procedural due process protections. The classification of S.O. has no foundation to support 100% facts. No crim. history ever in my intire life not even inside institution. No sexual diviant behavior ever in my intire life. No convictions, only an accussation that was dismissed at prelim inary hearing in 1993 case. No evaluation or tests ever done to esstablish foundations of even one single fact. Anyone can accuse someone and file with police & district attorney, that does not in itself determine that it's factual (beyond shadow of doubt). Remedy; to Remove (S-Code classification (and or) do evaluation & tests etc...

**TO BE COMPLETED BY OFFENDER:**
DATE: June 1st, 2009   OFFENDER SIGNATURE: Anthony N. Romero

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: mental health
DATE: 6/4/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Turner  Turner  14082
Date ADA grievance sent to AIC: received 6/4/09

RESPONSE: MH - S code was imposed at CSP and a Administrative hearing resulted in it being maintained because the board said (according to offender) "any form of plea agreement is an admission of guilt" and cited the "factual basis" for the charges. DA pursued sexual assault charges. This resulted in a conviction of non-sexual offense. SOTMP Recommendations: Offender can have parental risk assessment done at his own cost; however, he is not in a location where such an assessment can be completed. He also needs to know that due to his previous criminal history that it is unlikely that he would qualify as low risk to minors. It was also decided that he would not be allowed to have any contact with minors, up to and including pictures. Grievance Denied!

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 10/22/09    RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: JM Hoggarth    RESPONSE DATE: 10/22/09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 9 July 09   OFFENDER SIGNATURE/PRINT NAME & DOC #: Anthony N. Romero  82681

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

RECEIVED JUN 0 2 2009

## Certificate of Services

I hearby certify that a copy/original pleading/documents was mailed to;

Clerk of Court
Alfred A. Arraj - United States Courthouse
901 19th. Street, Room A105
Denver, Colorado 80294

On 24 Sept 2009.

Subscribed & acknowledged before me this 24 day of September, 20 09.

Plaintiff's Original Signature

ANTHONY N. ROMERO

ANDREA NICHOLS
Notary Public
State of Colorado
EXP 9/26/11