Certificate of Mailing

Civil Action No; 07GV02388
Anthony Nathaniel Romero
Inmate No; #82681
unit D3-2  C.C.F.
Cañon City, Colorado.
· 81215·0600 ·

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 23 2009

GREGORY C. LANGHAM
CLERK

I Anthony N. Romero certify that I have mailed one copy of above civil action order and the Initial Partial Filing Fee of $26.00 to ;

United States District Court
Office of the Clerk
Alfred A. Arraj
901 19th Street - Room A105
Denver, Colorado. 80294-3589

On Oct. 22, 2009

Anthony N. Romero

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. _____ 09CV02388 _BnB_   OCT 7 - 2009

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

ANTHONY NATHANIEL ROMERO,

     Plaintiff,

v.

ARISTEDES W. ZAVARES, Executive Director of Colo. Dept. of Corrections, and
SEX OFFENDER TREATMENT PROGRAM TEAM,

     Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND GRANTING PLAINTIFF LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that these documents are

in proper form.  The clerk of the court will be directed to commence a civil action.  The

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will

be granted.  Based on the information about the plaintiff's financial status, the court

finds that the plaintiff is able to pay an initial partial filing fee of $26.00 pursuant to §

1915(b)(1).  Accordingly, it is

ORDERED that the clerk of the court commence this civil action.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 is granted.  Plaintiff shall be required to pay the

full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that the plaintiff shall pay an initial partial filing fee of $26.00. Plaintiff shall have **thirty (30) days from the date of this order** in which to have the designated fee sent to the clerk of the court or show cause why he has no assets and no means by which to pay the designated initial partial filing fee. In order to show cause, the plaintiff must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that the clerk of the court shall provide the plaintiff with two copies of this order. Plaintiff is directed to make the necessary arrangements to have one copy of this order attached to the check in the amount of the designated initial partial filing fee. It is

FURTHER ORDERED that the court will not review the merits of the Prisoner Complaint until the initial partial filing fee is paid or the plaintiff shows cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee. It is

FURTHER ORDERED that, after payment of the initial partial filing fee, the plaintiff shall be required to make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month as directed above why he has no assets and no means by which to make the monthly payment. Plaintiff is directed to make the necessary arrangements to have each monthly payment identified by the civil action number on this order. It is

2

FURTHER ORDERED that if within the time allowed the plaintiff fails to have the designated initial partial filing fee or monthly payments sent to the clerk of the court or to show cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee or make the monthly payments, the Prisoner Complaint will be dismissed without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the court. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED at Denver, Colorado, this _6th_ day of _October_____, 2009.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3