```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX022921
Cashier ID: sq
Transaction Date: 10/23/2009
Payer Name: ANTONY NATHANIEL ROMERO #8268
1
----------------------------------------
PLRA CIVIL FILING FEE
 For: ANTONY NATHANIEL ROMERO #82681
 Case/Party: D-COX-1-09-CV-002388-001
 Amount:        $26.50
----------------------------------------
MONEY ORDER
 Check/Money Order Num: 17148166694
 Amt Tendered: $26.50
----------------------------------------
Total Due:       $26.50
Total Tendered: $26.50
Change Amt:      $0.00

09-CV-2388-BNB
INITIAL PYMT

A fee of $45.00 will be assessed on
any returned check.
```