| | |
|---|---|
| In the United States District Court for the<br>Court Address: 901 - 19th St. Room A105<br>Denver, Colorado.<br>80294-3589 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>NOV 13 2009<br><br>GREGORY C. LANGHAM<br>CLERK |
| Inmate;<br>Anthony Nathaniel Romero<br>Reg # 82681 @ C.D.O.C.<br>v. Executive Director Dept. of Corrections<br>Aristedes W. Zavares<br>and<br>Sex Offender Treatment Program Team | ▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Inmate Anthony N. Romero #82681<br>unit D3-2 - P.O. Box 600<br>Cañon City, Colorado. 81215 | Case No: 09CV02388-BNB |
| · Motion For Appointment Of Counsel · | |

Pursuant to 28 U.S.C. § 1915(e)(1) Plaintiff Anthony Nathaniel Romero, moves for an order appointing Counsel to represent him in this case. In Support of this motion, plaintiff states;

1.) Plaintiff is unable to afford Counsel. He has already requested leave of to proceed in forma pauperis.

2.) Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are very complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

(1 of 2)

3.) A trial in this case will likely involve conflicting testimony, and Counsel would better enable plaintiff to present evidence and cress examine wittnesses.

4.) Plaintiff has a trusted attorney in mind. Public Defender for Larimer County, Colorado whome handled my preivious case and also begin to try to assist me with repeated Communications & letters to S.O.T.P. Team @ C.D.O.C. all without charging me. She instructed me to file a civil Rights Action. I did not attempt to contact any other attorney through Colo. Bar. Although Maureen Cain from Colo. Criminal Defense Bar also advised attorney PD Kathergn Hay that I Should file this Law Suit. I Plaintiff would ask to please Consider;

   Attorney Kathryn Hay Lic# 20817
   1 Old Town Square - Suite #201
   Fort Collins, Colorado. 80524
   Phone (970) 493-1212

5.) Plaintiff is mereley following instruction thus far to file this motion and Complaint. Plaintiff is Gurrantly in mental Health facility and Program considered cronic Care for Manic Deppression and Axiety Attacks and Suicide attempts on his life, because of this Stigma as he's never had history or conviction's of Sex offenses.

6.) Plaintiff has never filed any Law Suit's on Colo. Dept of Correction's. He's been told that there are many issues that need to be investigated and researched.

Date; 27 Oct. 2009

_Anthony N. Romero_
ANTHONY NATHANIEL ROMERO

(2 OF 2)

· CERTIFICATE OF MAILING ·

CIVIL ACTION NO#; 09CV02388
ANTHONY NATHAINIEL ROMERO
INMATE # 82681
UNIT D3-2   C.C.F
P.O. Box 600
Cañon City, COLORADO.
· 81215 ·

I HEREBY CERTIFY THAT I HAVE MAILED THE FOLLOWING;

MOTION FOR APPOINTMENT OF COUNSEL

- Origanal and one copy for Judge and Court Clark

- One copy for Defendant's

To; United States District Court Clark
Alfred A. Arraj Courthouse
901 - 19th Street  Room A 105
Denver, Colorado.
80294-3589

On Oct. 27, 2009

*signature*
ANTHONY NATHANIEL ROMERO