**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02388-BNB

ANTHONY NATHANIEL ROMERO,

      Plaintiff,

v.

ARISTEDES W. ZAVARES, Executive Director of Colo. Dept. of Corrections, and
SEX OFFENDER TREATMENT PROGRAM TEAM,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On November 13, 2009, Plaintiff filed a Motion for Appointment of Counsel. Plaintiff's motion to appoint counsel is DENIED as premature.

Dated:  November 13, 2009