United States District Court
901 - 19th Street - Room A105        Nov. 9, 2009
Denver, Colorado.
  80294-3589

From ; Inmate
Anthony N. Romero #82681
Centennial Correctional Facility
P.O. Box 600
Cañon City, Colorado.
  81215

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 16 2009
GREGORY C. LANGHAM
CLERK

In Re ; Civil Action No ; 09-CV-02388-BNB

   I Anthony Nathaniel Romero am writting this letter requesting to withdraw my Civil Action on the following grounds;

   1.) I filed first Complaint and did not do it correctly. I followed instruction's to the best of my ability. I have never filed no Civil Action or Law Suit in my life. I tried this because I am constantly being told by attorney's and CDOC Professional's that I do have cause for filing Law Suit - Complaint.

   2.) I am currently incarserated in a mental Health Facility under what they call (Chronic - Care). I'm not well, I've tried to take my own life a few times. I'm not a Sex offender, no history, no conviction's ever, State of Colorado Judicial System never put that stigma on me. C.D.O.C. put's an administrative stigma for even non-conviction's.

   3.) I need to ask my family to try to raise fund's so I can retain counsel, I am not in the condition to handle my own case. I need much help even to fill out...
                                                cont. →

(1 OF 2)

(cont.) ... the Complaint in the proper way so that It will not be trown out.

4.) I am requesting that the court would please not make me pay the $350.00 filing fee since the prisoner Complaint was not exceptable (or written proper. I did pay the $26.00. I am begging the Court not to charge me and to let me withdrawal my action untill I can hire attorney to help me out.

5.) IF Court will not wieve $350.00 and allow me to withdrawal my action than I would ask for an extension to re-do my Complaint. I do not want to be filing no frivalous Complaint and I'm sure 100% that It's not frivalous but I do need assistance in a very Serious way.

I thank You so much for working with me. It is my sincere prayer that you will work with me. I'm tring to get help from Colorado Bar and Mrs. Maureen Cain @ Colorado Criminal Defense Bar as we speak. Please respond to me soon.
~ God Bless You & Yours ~

Respectfully Yours

*(signature)*

ANTHONY N. ROMERO

· Certificate of Mailing ·

Civil Action No:
   09CV02388

   I hereby Certify that I have mailed a letter/motion to withdrawal my Case, to the filing; United States District Court Clerk's office
   901 ~ 19th Street ~ Room A105
   Denver, Colorado.
              80294-3589

on Nov. 9th, 2009.

   *signature*
   ANTHONY NATHANIEL ROMERO
   Inmate #82681
   Unit D3-2   C.C.F
   P.O. Box 600
   Cañon City, Colorado.
              - 81215 ·