**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02388-BNB

ANTHONY NATHANIEL ROMERO,

     Plaintiff,

v.

ARISTEDES W. ZAVARES, Executive Director of Colo. Dept. of Corrections, and
SEX OFFENDER TREATMENT PROGRAM TEAM,

     Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     On November 16, 2009, Plaintiff filed a letter to the court asking the court to waive the filing fee because he wants to withdraw the action or, if the court will not waive the filing fee and allow him to withdraw the action, for an extension of time to file an amended complaint as directed. Although Plaintiff may withdraw the action, the court cannot waive the filing fee. *See* 28 U.S.C. § 1915(b)(1). Therefore, Plaintiff shall have up to and including **December 28, 2009**, either to withdraw the action or to file an amended complaint as directed.

Dated: November 17, 2009