```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX024142
Cashier ID: sg
Transaction Date: 12/08/2009
Payer Name: COLORADO DEPT OF CORRECTIONS
-----------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY ROMERO
 Case/Party: D-COX-1-09-CV-002388-001
 Amount:         $25.00
-----------------------------------
MONEY ORDER
 Check/Money Order Num: 14000201668
 Amt Tendered: $25.00
-----------------------------------
Total Due:      $25.00
Total Tendered: $25.00
Change Amt:      $0.00

MONTHLY PYMT ON FEES

BNB

A fee of $45.00 will be assessed on
any returned check.
```

· Certificate of Service ·

Civil Action no. # 09CV02388

I certify that I have sent a $25.00 payment tord's fee's for the above Civil Action number/case on <u>Nov. 27, 2009</u> to ;

United States District Court
901 - 19th Street ~ Room #A105
Denver, Colorado.
80294 - 3589

Anthony N. Romero
Anthony Nathaniel Romero
#82681 ~ C.C.F
P.O. Box 600 - Unit D3-2
Cañon City, Colorado
· 81215 ·