IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02388-BNB
(To be supplied by the court)

~~Amended Complaint~~

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2009

GREGORY C. LANGHAM
CLERK

Inmate;
Anthony Nathaniel Romero #82681, Plaintiff,

v.

1.) James Lander M.A. - L.P.C.; Colorado Department of Corrections Sex Offender Treatment Program Coordinator
2862 S. Circle drive, Colo. Springs, Colorado. 80906

2.) Aristedes W. Zavares; Executive Director of Colorado Department of Corrections
2862 S. Circle drive, Colorado Springs, Colorado. 80906

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

### PRISONER COMPLAINT

(Rev. 1/30/07)

## A. PARTIES

1. Inmate Anthony Nathaniel Romero #82681
   Colo. Dept. of Corrections @ C.C.F.
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   P.O. Box 600 ~ Cañon City, Colorado. 81215

2. James Lander M.A. ~ L.P.C. Colo. Dept. of Corrections Sex Offender Treatment Program Coordinator
   (Name, title, and address of first defendant)
   2862 S. Circle drive ~ Colo. Springs, Colorado. 80906

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes  ✓ No  (CHECK ONE).  Briefly explain your answer:

   Re; Sex Offender C.D.O.C. Administrative Classification. Classification violates (Fourteenth Amendment) due process. Their Classification add's more punishment than Judical Sentence, (i.e. it goes beyond Judical Sentence).

3. Aristedes W. Zavares; Executive Director Dept Colo Dept. of Corrections.
   (Name, title, and address of second defendant)
   2862 S. Circle drive ~ Colo-Springs, Colorado 80906

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes  ✓ No  (CHECK ONE).  Briefly explain your answer:

   He is legally responsable for Overall operations of C.D.O.C. Sex Offender Treatment team and Coordinator James Lander L.P.C. at Freemont Correction facility Violated Fourteenth Amendment due process. Adding punishment beyond Judical Sentence.

4. _____
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No  (CHECK ONE).  Briefly explain your answer:

   _____

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                           2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    **X**    28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____
    _____
    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

In 1993 I was convicted of Criminal Trespassing. I sighned a plea-aggreement that dismissed 1st dg. Burglery and Sexual assault on a child. I was accussed by an ex girlfriend of braking into her home, stealing money and touching the blanket in leg area of her daughter while she supposively slept between her (mother and her husband). The husband says he heard me shut door upstairs quietly but when asked why he heard me shut door quietly upstairs in tri-level Duplex but why did he not hear a man in his room or feel him reach completely over him even sopposively said "I'm tired" and the little girl sapposively said, "go away". He heard the door close softly far away from him but not all the other.

  I was totally nieve to the Law at that time. We were the trial process. The victems in this case (the mother my ex-girlfriend and her husband), they kept refusing to go to trial on and refused...

(Rev. 1/30/07)           3

*next page →*

(Page 1 of 3)

## C. Nature of the Case

(Continue)

... to Cooperate with Court, D.A.'s etc... as far as her older Son testifing on stand and a refused to allow the 9yr. old daughter to be Cross-examined under oath. Her older 13yr old Son would later say on stand if we went to trial that his mother told (couched) her daughter to say specific things to police. There were other lies that were being uncovered. I was told by my Public Defender and even the Judge that my plea-agreement is not admission of Guilt to charges that Court & People of State Colorado wanted to dismissed. I was told that in fact dis<u>missed</u> means dismissed and that I do not ever have to re<u>gist</u>er as Sex offender because I am not Convicted of any Sex Offense nor do I have no criminal record or Institutional record nor any other accusations. The Court and my attorney told me this. I was given 2yrs. for Criminal Tresspass because yes I took some money and belonging's of mine when I was Staying with her. I served my time for that.

    In 1996 Colo. Dept. of Corrections Sex offender Treatment/Classification team (board) put a (S-4 Non-Conviction) code on me and did not allow me to grieve it. I discharged my sentence and did not do parole because D.O.C. and Parole Dept. wanted me to register as S.O. and will not do that because Colorado revised Statute says that registery is for Convicted Sex Offender's. I came back to prison years later I came back to prison for 2nd dg. Assault/Habitual Criminal 32yrs. On May 22, 09 another S.O.T.P administration board hearing was held at Freemont Correctional Facility. mr. James Lander M.A./L.P.C. / Sex offender Coordinater and Committy members held that they would keep ~~Data~~ (S-4) code on me and would restrict visit's, mail, photos, and evantually want me to register as Sex offender upon parole.

-2 of 3)                                                            Continue →

"G. Nature of the Case
Continue...

Colo. Dept. of Corrections administration S.O.T.P. Team will not allow me to have photos of minor's, no visits with minors and want to try to make me register as S.O. upon parole. I filled all (3) Grievance's and exhausted those remedies. Colo. Dept. of Correction's S.O.T.P. Team never has even allowed me to do an evaluation. I even offered to do high tech (Able Screen tests) to show I do not have that type of Sickness. The S.O.T.P. Team is looking at a police Report called (Factual Basis) a legal term used for Police report. This team is misinterpreting the legal term (Factual Basis). My attorney on my other Case offered S.O.T.P. Team other transcripts of that Case but the Team would not even read it. There are Doctors and Counsoler's and my privious attorney and Appallett Attornoes in Appallett Division that say its wrong what Colo. Dept. of Corrections is doing with their (S.O. Codes). In closing, Even the C.D.O.C. administrative Regulations say Convicted Sex Offenders more stringdant mail & photo per treatment Plan. They do not even follow their own Administrative Regulations. I alway got my visits with my kid's and may photos of my kid's and now yrs. later they start punishing me by taking photos of my kids and not allowing visits with my kids, and want me to register as Sex Offender upon parole release. This All goes beyond Sentence of Judical in 1993. Court & People of State Colo. would never make me register so why should C.D.O.C. and parole Dept. Their under the Same Statut their not apart from Statutes of State and Federal Laws. Why have trial's or Trial Processes if (Bare allegations ~ i.e. police reports) are considered Factual and enough to add more punishment than Court Sentence.

(. 3 of 3)

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Liberty Interest; In not being labeled Sex offender.

   Supporting Facts: On May 22, 09 Mr. James Lander L.P.C. Sex Offender Coordinator for S.O.T.P. at Colo. Dep't of Corrections. They held an administrative Review of a S.O. label and code place upon me for (non-conviction) A case that was dismissed by Court on a plea-Arrangement.
   The Consequences of that label resulted in confinscation of photo's of all minor's (photos of my children). not allowed visit's with minors (my children & Grandchildren). wanting me to register as Sex Offender when not even the State or Federal Statutes would make me register. Statutes don't make Non-Convicted People Register. To make me register as sex offender goes beyond the Sentence I was Sentenced to in 1993 for Criminal Tresspassing. there was much-much more taken into account in Transcripts, not just a police report.
   I'm Claiming a Liberty Interest in Colo. Dep't of Corrections S.O.T.P. violates the Ex Post Facto clause and implicates a Liberty Interest under Due Process clause of the Fourteenth Amendment. I named also Executive Director; Aristedes W. Zavarez because he oversees and is Responsable for all Deptartments within Juristiction of Colo. Dep't of Corrections.

(Rev. 1/30/07)                     4

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _✓_ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   _✓_ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? _✓_ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                           7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

I am asking for injunctive relief in;

a.) Removing the Sex offender (S-4 code) because it add's punishment that Judical Sentence did not Sentence me to.

B.) not being made to register as Sex offender when parole date comes. This requirement stems from the S.O.T.P. Administrative Regulation Team/committy. Colo. Rivesed Statut and Federal Statut does not require (or) Label a person Sex offender whome has never been Convicted of Sex offense.

C.) To be able to have my property (Photos of minors i.e. my children). I always had the photo's for many years and now suddenly they are restricting them. Their own A.R. is 600-1 Speaks of Convicted Sex offenders, not non-convicted inmates.

D.) To recieve my visit's with (my kids - minors).

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  December 10th 2009
                  (Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                             8

CERTIFICATE OF MAILING

CIVIL ACTION NO.
#09CV02388

ANTHONY NATHANIE ROMERO
#82681 - C.G.F. - Unit D3-2
P.O. Box 600
Cañon City, Colorado.
81215

I hereby certify that I have mailed one copy of The 1983 Civil Rights Prisoner Complaint to; Defendant,
James Lander M.A. L.P.C.
Colo. Dep't of Corrections Sex offender Treatment Program Coordinator
2862 S. Circle drive
Colorado Springs, Colorado.
80906

on DEC. 10, 2009

ANTHONY N. ROMERO
INMATE #82681

Certificate of Mailing

Anthony Nathaniel Romero
Inmate # 82681
C.C.F. - Unit D3-2
P.O. Box 600
Cañon City, Colorado.
· 81215 ·

Civil Action No.
# 09CV02388

I hereby Certify that I have mailed one copy of 1983 Civil Rights Prisoner Complaint to ; Defendant,
  Aristedes W. Zavares
  Executive Director of Colo. Dep't of Corrections
  2862 S. Circle drive
  Colo. Springs, Colo.
    · 80906 ·

on Dec. 10, 2009

*Anthony N. Romero* #82681

## Certificate of Mailing

Civil Action No.
#09CV02388

Anthony Nathaniel Romero
Inmate # 82681
C.C.F. Unit D3-2
P.O. Box 600
Cañon City, Colo.
  -81215-

I hereby Certify that I have mailed Original and one Copy of 1983 Civil Rights Prisoner Complaint to;

United States District Court
901 - 19th Street - Room A105
Denver, Colorado.
  80294-3589

On Dec. 10, 09

*Anthony N. Romero* (signature)

ANTHONY N. ROMERO #82681