```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX024809
Cashier ID: sg
Transaction Date: 01/07/2010
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY ROMERO
 Case/Party: D-COX-1-09-CV-002388-001
 Amount:         $20.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 14008202607
 Amt Tendered:   $20.00
------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:       $0.00

MONTHLY PYMT ON FEES

BNB

A fee of $45.00 will be assessed on
any returned check.
```

. Certificate of Mailing:

To: United States District Court
901 - 19th Street - Room A105
Denver, Colorado.
80294-3589

I Anthony N. Romero Certify that 1 have mailed $20.00 payment for mounth of December 2009 for ;
(Civil Action Case # 09CV02388)
to the Above address on ;
30 Dec. 2009.

*Anthony N. Romero* (signature)

ANTHONY NATHANIEL ROMERO
Inmate # 82681
C.C.F.   Unit D3-2
P.O. Box 600
Cañon City, Colo.
81215