

| | | |
|---|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF COLORADO**<br>**OFFICE OF THE CLERK** | Alfred A. Arraj<br>United States Courthouse<br>901 19th Street<br>Denver, Colorado 80294<br>www.cod.uscourts.gov |

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433
Fax:    (303) 335-2714

January 21, 2010

Anthony Nathaniel Romero
Prisoner No. 82681
Centennial Corr. Facility
P.O. Box 600
Cañon City, CO 81215-0600

    Re:    Romero v. Lander
            Civil Action Number: 09-cv-02388-REB-BNB

Dear Mr. Romero:

    Please be advised that your case has been assigned to **Judge Robert E. Blackburn**. On all future pleadings please reference the judge designation in the civil action number as shown above.

    Continue to file original documents with the Court. Furthermore, it is required that you mail a copy of all pleadings filed with the Court to all parties or their attorneys. You must file proof of this service in the form of a certificate of service along with each document that you file with the Court.

    Thank you for your cooperation in this matter.

                                                    Very truly yours,
                                                  GREGORY C. LANGHAM, CLERK

                                                  By: *[signature]*
                                                     Deputy Clerk

12/01/08