IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**WAIVER OF SERVICE OF SUMMONS**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -1 2010

GREGORY C. LANGHAM
              CLERK

Civil Action No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

    Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender Treatment Program
    Coordinator,

    Defendant.

I acknowledge receipt of your request that I waived service of a summons in the action of <u>Romero v. Lander, et al.</u>, which is case number <u>09-cv-02388-REB-BNB</u> in the United States District Court for the District of Colorado, for the following defendants:

# JAMES LANDER- SOTMP

I have also received a copy of the complaint in the action.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **2/1/10**, (date request was sent), or within 90 days after that date if the request was sent outside the United States.

DATE: 2/1/10        SIGNATURE: _Teresa Reynolds_
                                   Teresa Reynolds, Legal Services Group Leader
                                   Office of Correctional Legal Services
                                   Colorado Department of Corrections

on behalf of all defendant(s) listed above unless other wise noted below

Service **is not** waived and accepted as to the following defendants for the stated reason:
**Defendant Name, Address (if known), and Reason**