```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX025570
Cashier ID: sg
Transaction Date: 02/04/2010
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY ROMERO
 Case/Party: D-COX-1-09-CV-002388-001
 Amount:        $20.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 14008203422
 Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

MONTHLY PYMT ON FEES

REB

A fee of $45.00 will be assessed on
any returned check.
```

## · CERTIFICATE OF MAILING ·

TO; United States District Court                Jan. 21, 2010
901 - 19 Street - Rm # A105
Denver, Colorado.
        80294-3589

I Anthony Nathaniel Romero Certify that I mailed Payment for;

(Civil Action No; # 09CV0288)
(for mounth of Jan. 21, 2010)
($20.00)

to the above address.

mail on Jan 21, 2010

*Anthony N. Romero* (signature)

ANTHONY N. ROMERO
Inmate # 82681
P.O. Box 600
C.C.F. Unit D3-2
Cañon City, Colorado.
        81215-0600