UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. *Civil Action no, #09CV02388-REB-BNB*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Plaintiff(s), *Anthony Nathaniel Romero*   Inmate no. #82681

FEB 1 0 2010

GREGORY C. LANGHAM
CLERK

v.

Defendant(s). *James Lander, MA LPC @ Colo. Dept. of Corrections Sex Offender Treatment Program Coordinator*

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, you are hereby notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c).

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

Pursuant to D.C.COLO.LCivR 72.2, no district judge or magistrate judge, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be drawn randomly to a magistrate judge, excluding the magistrate judge previously assigned.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | Plaintiff | FEB 7, 2010 |
| Print *ANTHONY NATHANIEL ROMERO* | | |
| Print _____ | _____ | _____ |
| Print _____ | _____ | _____ |
| Print _____ | _____ | _____ |

NOTE: Return the original and a copy of this form to the clerk of the court ONLY IF all parties have consented ON THIS FORM to the exercise of jurisdiction by a United States magistrate judge. Also attach a captioned proposed order. (See attached).

(06/21/02)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

                Plaintiff(s),

v.

                Defendant(s).

---

ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

---

Pursuant to D.C.COLO.LCivR 72.2 on the _____ day of _____, _____, Magistrate Judge _____ notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge. Now, therefore, being sufficiently advised,

IT IS ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636 (c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge _____; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

BY THE COURT:

DATED: _____

_____
Judge, United States District Court

**NOTICE OF REASSIGNMENT**

Pursuant to the above order, this civil action is reassigned to United States Magistrate Judge _____.

Gregory C. Langham, Clerk

By _____, Deputy Clerk

(06/21/02)

## Certificate of Mailing

Civil Action no. 09CV02388-REB-BNB

Mr. James Lander ; (Defendant)
c/o Mr. Keith Nordell
Colo. Dept. of Correction's Office of Legal Affairs
2862 S. Circle Drive
Colo. Springs, Colorado.
80906-4195

I Anthony Nathaniel Romero hereby certify that I have mailed a copy of ; Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C. Colo. LCivR 72.2. And;
Conent to the exercise of Jurisdiction by a United States Magistrate Judge Form and attached (ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(C).) On FEBRUARY 7th, 2010.

Plaintiff; Anthony Nathaniel Romero
Inmate # 82681
C.C.F. Unit D3-2
P.O. Box 600
Cañon City, Colo.
81215

## Certificate of Mailing

Civil Action No.: 09CV02388-REB-BNB

United States District Court
901 - 19th Street, Rm. # A105
Denver, Colorado.
    80294-3589.

I Certify that I have mailed an Original document's of; Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(C), Fed. R. Civ. P. 73, and D.C. Colo. LCivR

And; Consent Form & Attached Order

On February 7, 2010

{ Total; Original and One Copy for Court and Clerk. }

*[signature]*

ANTHONY NATHANIEL ROMERO
Prisoner No. #82681
C.C.F. Unit D3-2
P.O. Box 600
Cañon City, Colorado.
    - 81215.