IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender Treatment Program Coordinator,

Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Jennifer S. Huss, through the Colorado Attorney General, hereby enters her appearance on behalf of Defendant James Lander. Undersigned counsel requests that all subsequent pleadings and orders in this matter be forwarded to her.

Respectfully submitted this 12th day of February 2010.

JOHN W. SUTHERS
Attorney General

s/ Jennifer S. Huss
JENNIFER S. HUSS, 36176*
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorneys for Defendants

1525 Sherman Street, 7th Floor
Denver, Colorado 80203
Telephone: 303-866-4472
Facsimile: 303-866-5443
Email: jennifer.huss@state.co.us
*Counsel of Record

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within NOTICE OF ENTRY OF APPEARANCE upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 12th day of February 2010, addressed as follows:

Anthony Romero, # 82681  
Centennial Correctional Facility  
P.O. Box 600  
Canon City, CO  81215-0600

*Courtesy copies by e-mail to:*  
Keith Nordell, CDOC  
Teresa Reynolds, CDOC  
Dennis Burbank, CCF

s/ Mariah Cruz-Nanio