```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX026294
Cashier ID: sq
Transaction Date: 03/04/2010
Payer Name: COLORADO DEPT OF CORRECTIONS
----------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY ROMERO
 Case/Party: D-COX-1-09-CV-002388-001
 Amount:         $20.00
----------------------------------------
MONEY ORDER
 Check/Money Order Num: 14008204345
 Amt Tendered: $20.00
----------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00

MONTHLY PYMT ON FEES

REB

A fee of $45.00 will be assessed on
any returned check.
```

### CERTIFICATE OF MAILING

CIVIL ACTION NO; #09CV02388 BNB

TO: United States District Court
901 ~ 19th STREET ~ RM A105
DENVER, COLORADO.
80294-3589

I HEREBY CERTIFY THAT I HAVE MAILED A $20.00 MONEY ORDER TO ABOVE ADDRESS AND CIVIL ACTION ON <u>FEB 25, 2010</u>. THIS IS PAYMENT FOR FEBRUARY 2010.

*Anthony N. Romero*
ANTHONY N. ROMERO
INMATE # 82681
C.C.F ~ UNIT D3-2
P.O. BOX 600
CAÑON CITY, COLORADO.
81215