IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender Treatment Program Coordinator,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Dismiss** [docket no. 23, filed April 1, 2010] (the "Motion").

IT IS ORDERED that the plaintiff shall respond to the Motion on or before **April 30, 2010**.  Defendant has fifteen (15) days after the filing of the response to file a reply.


DATED:  April 8, 2010