```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX027428
Cashier ID: sg
Transaction Date: 04/19/2010
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY ROMERO
 Case/Party: D-COX-1-09-CV-002388-001
 Amount:      $20.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 14102392137
 Amt Tendered: $20.00
------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00

MONTHLY PYMT ON FEES

REB-BNB

A fee of $45.00 will be assessed on
any returned check.
```

· CERTIFICATE OF MAILING ·

<u>CIVIL ACTION NO; 09-CV-02388-REB-BNB</u>

TO; UNITED STATES DISTRICT COURT
901 - 19TH STREET - ROOM A105
DENVER, COLORADO.
· 80294-3589 ·

I ANTHONY N. ROMERO CERTIFY THAT I HAVE MAILED $20.00 PAYMENT FOR THE ABOVE CIVIL ACTION NO FOR THE MOUNTH OF ~~MAAR~~ APRIL 2010.

<u>MAILED ON 12, APRIL, 2010</u>

*Anthony N. Romero*

ANTHONY N. ROMERO #82681
CENTENNIAL CORRECTIONAL FACILITY
P.O. BOX 600
CAÑON CITY, COLORADO.
81215-0600