FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 03 2010

GREGORY C. LANGHAM
CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02388-BNB-REB

SUBMITTED APRIL 11, 2010

Plaintiff, *ANTHONY NATHANIEL ROMERO*

v.

Defendant. *James Lander, Colorado Dept. of Corrections Sex Offender Treatment Program Coordinator*

## Motion For Extension of Time

Plaintiff' Anthony Nathaniel Romero, Moves for an order/request's an extension of time to present argument to defendant's motion to dismiss for the following reasons;

(1.) That Plaintiff may motion and possibly obtain (appointment of counsel) and to have a proper investigation done so that I can present more accurate facts.

(2.) I am communicating by mail with attorney Richard Peddie from Longmont Colorado. He may try to help me in representation if court with appoint him.

(3.) My previous motion for appointment of counsel was denied as premature on November 13, 2009.

(4.) I was directed to file this civil action by my trial attorney and by officials whome work for department of corrections. I am not over statute of limitations because; the sex offender classification commitee/board held (new hearing, inpossing new sanctions). I discharged my last case and time completely.

(5.) I HAVE VERY LIMITED ACCESS TO LAW LIBRARY AND CAN NOT DO PROPER INVESTIGATION TO SHOW MISCONDUCT AND VIOLATION OF MY CONSTITUTIONAL RIGHTS. VIOLATION OF EVEN THEIR OWN ADMINISTRATION REGULATIONS.

(6.) ATTORNEY RICHARD PEDDIE JUST SENT ME A LETTER (LEGAL MAIL), I NEVER RECIEVED IT. WE ARE NOW TRING TO FIND IT. I DO NOT KNOW IF IT IS BECAUSE OF RELATITORY ACT BY MAILROOM (D.O.C.) OR A GENUINE MISTAKE ^ ERROR.

(7.) I'M RESPECTFULLY ASKING THE COURT TO WORK WITH ME. I AM NOT SABE IN LEGAL MATTER'S. I AM NOT DIVIOUS OR MILISIOUS NOR HAVE I EVER FILED ANY LAW SUITS BEFOR MUCH LESS GROUNDLESS OR FRIVOLOUS. NOR HAVE I EVER BEEN A SEX OFFENDER NEVER IN MY LIFE. MY LONG HARD STRUGGLE WAS DRUG ADDICTION AND FIGHTING, I GREW UP ON THE STREETS. A VITIOUS EX-GIRLFRIED IN 1992 TOLD HER DAUGHTER TO TELL POLICE REPORT THAT I TOUCHED HER LEG. THERE WAS MUCH SHADY & STATEMENTS THAT DID NOT MAKE NO SENSE YOUR HONOR. SHE HID HER DAUGHTER AND SON FROM COURT TO NOT TESTIFY. I WAS SO NIEVE TO THE LAW & STATUTES AND TOOK A PLEA - AGGREEMET TO DISMISS AND ONLY CONVICT ME OF TRESPASSING BECAUSE THATS ALL I DID. MY PUBLIC DEFFENDER AND DISTRICT ATTORNEY AND JUGDE ROSALY VIGNA IN PUEBLO, COLO. ALL TOLD TOLD ME THAT "DISMISSED MENT DISMISSED". I WAS AT PRETRIAL CONFERANCE WHEN THEY TOLD ME THIS. I WAS SET FOR A TRIAL, I WAS LIED TO AND DESEAVED. I OFFERED TO DO POLIGRAGH TEST AND HIGH TECH ABLE SCREEN TEST'S TO SHOW I AM NOT SICK IN THAT WAY. THIS WOMAN (MY EX-GIRLFRIEND) HAS DONE EVIL & MALISICIOUS ACTS LIKE THAT BEFOR.

THANK YOU FOR WORKING WITH ME I APPRICIATE IT SO MUCH. I AM IN A MENTAL HEALTH TREATMENT PROGRAM NOW FOR ATTEMPTS ON MY OWN LIFE BECAUSE OF THIS CLASSIFICATION IN (C.D.OC).

RESPECTFULLY YOURS,

Anthony N. Romero

ANTHONY N. ROMERO #82681

(2 OF 2)

CERTIFICATE OF MAILING

CIVIL ACTION NO. 09.CV.02388-BNB

TO: UNITED STATES DISTRICT COURT
     901-19TH STREET
     DENVER, COLORADO,
               80294.3589


     I ANTHONY NATHANIEL ROMERO HEREBY CERTIFY THAT
I HAVE MAILED MOTION FOR EXTENSION OF TIME TO THE
ABOVE ADDRESS ON APRIL 11, 2010.

                    Anthony N. Romero

               ANTHONY N. ROMERO #82681
               CENTENNIAL CORRECTIONAL FACILITY
               P.O. BOX 600
               CAÑON CITY, COLORADO.
                         · 81215 ·

CERTIFICATE OF MAILING.

CIVIL ACTION NO; 09.CV.02388.BNB

TO; DEFENDANT, JAMES LANDER
   AND ATTORNEY; JENNIFER S. HUSS #36176
   ASSISTANT ATTORNEY GENERAL
   1525 SHERMAN STREET - 7TH FLOOR
   DENVER, COLORADO. 80203-1730

      I ANTHONY NATHANIEL ROMERO, HEREBY CERTIFY
THAT I HAVE MAILED A COPY OF MOTION FOR
EXTENSION OF TIME, TO DEFENDANT AND HIS ATTORNEY
AT THE ABOVE ADDRESS.

      ON APRIL 11, 2010

                          ANTHONY N. ROMERO #82681
                          CENTENNIAL CORRECTIONAL FACILITY
                          P.O. BOX 600
                          CAÑON CITY, COLORADO.
                               81215.