IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender Treatment Program Coordinator,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Extension of Time** [docket no. 28, filed May 3, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and plaintiff has to and including **May 28, 2010**, in which to respond to the Motion to Dismiss [docket no. 23].

DATED:  May 3, 2010