THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02388-REB-BNB

Plaintiff, ANTHONY NATHANIEL ROMERO

v.

Defendant. JAMES LANDER M.A., L.P.C. Colorado Dept. of Corrections

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 27 2010

GREGORY C. LANGHAM
CLERK

---

**Plaintiff's Reply to Motion to Dismiss**

---

Plaintiff comes now this 23 of May, 2010 in response to motion to dismiss by Defendant.

In 1996 I Anthony N. Romero was classified as S.4 classification by Colo. Dept. of Corrections Sex Offender Treatment Team. This was in regard to a case in Pueblo County 1993. I signed a plea agreement at pre-trial conference. The victim (an ex-girlfriend) was hiding her daughter and older son to refuse to allow them both to testify on stand in trial. Because we would learn that she coached her daughter (word per word) on what to say to police in their report. That I touched her leg while sleeping between her mom and dad. I did not know nothing about the law. The Public Defender and the Judge Rosalie Vigna both told me that there were many inconsistancies in this case and that victem was not cooperating and that the case of Sexual Assault on Child would be Dismissed through this Plea Agreement. Both the Court and Public Defender said that Dismissed meant Dismissed, No S.O. Registration or Stigma. I was planning to have a trial.

(Page 1 of 4)

(3.) IN THIS CIVIL ACTION THAT I FILED I STATED THAT THEIR WAS NEVER NO EVALUATION, NO CHANCE FOR ME TO DO TESTING WITH ABLE SCREEN TEST TO PROOVE THAT I AM NOT SICK AS A SEX OFFENDER NOR HAVE EVER BEEN. I HAVE (NO PRIOR CONVICTIONS, NO PRIOR ALLAGATIONS IN WHOLE LIFE HISTORY NOT EVEN AS A MINOR, NO INSTITUTIONAL DEVIANT BEHAVIOR, NEVER NO ACCUSATIONS EXCEPT BY AN EX-GIRLFRIEND DRUG DEALER & ADDICT WHOME COACHED HER OWN DAUGHTER AND THAN WOULD NOT ALLOW HER TO TAKE STAND. COLO. DEPT. OF CORRECTIONS S.O.T.P. TEAM HAS BLANKETED ME AND OTHERS AS A SEX OFFENDER WITH ONLY BARE ALLAGATION. NOW YEARS LATER D.O.C. IS SAYING THAT "IT DOES NOT MATTER IF I WOULD EVEN GET AQCLITTED BY TRIAL AND JURY, THAT THEY COULD STILL PUT THIS CLASSIFICATION ON ME." BEFOR THEY SAID IT WAS SOLEY THE PLEA-AGREEMENT THAT I TOOK. THE COURT SAYS ONE THING BUT C.D.O.C. SAYS ANOTHER. THIS JUSTICE BRANCH CONTRADICTS ONE ANOTHER.

(4.) IN MY COMPLIANT I DID MENTION THE FACT THAT THIS CLASSIFICATION WOULD BLEED INTO MY PAROLE WHICH IS COMING ELIGABILITY IN 8 YRS. I DID MENTION THAT THIS CLASSIFICATION DOES ENFORCE PUNISHMENT ABOVE & BEYOND MY CURRENT SENTANCE IM SERVING. ONCE AGAIN THE STATUTE (16-11.7-101 TO 106 CRC) DOES NOT APPLY TO ME. THEIR USING THAT STATUTE AGAINST A 1993 CASE. THAT STATUTE DID NOT EXSIST THAN.

(5.) ALL MY ISSUES ARE A VIOLATION OF DUE PROCESS. I WAS DENIED AN APPEAL PROCESS IN THE 1st AND 2ND HEARING(S). I WAS DENIED ATTENDANCE AND ATTENDANCE OF ATTORNEY WHOME REQUESTED TO BE PRESENT. ALL TAPE RECORDING'S FROM 1996 HEARING AND 2009 MAY 22 HAVE BEEN LOST OR THOWN AWAY. AS A PRO-SE PLAINTIFF I HAVE REQUESTED ALL RECORD'S OF 1996 HEARING...

(PAGE 2 OF 4)

IN 1996 THIS COLO. DEPT. OF CORRECTIONS ADMINISTRATION S.O.T.P. HEARING WAS CONDUCTED. THEY SAID THAT THEY CONSIDERED A PLEA-AGREEMENT AN (FORM OF ADMISSION OF GUILT). I WAS TOLD THE EXACT OPPOSITE OF THAT BE THE COURT AND MY PUBLIC DEFENDER. THIS HEARING BOARD INCLUDING MY CASEWORKER AT THE TIME DENIED ME ANY AND ALL GRIEVANCES OR ANY APPEAL PROCESS WHAT SO EVER. I WAS TOLD I COULD NOT FILE CIVIL ACTION 1983 WITHOUT FILING THE GRIEVANCES. I DID NOT KNOW NOTHING ABOUT THE LAW AND NO MONEY TO RETAIN AN ATTORNEY. I DISCHARGED MY SENTANCE IN C.D.O.C. SO THAT THEIR CLASSIFICATION NO LONGER EFFECTED ME. I CAME BACK TO C.D.O.C. ON THIS 32 YR. SENTANCE SO ONCE AGAIN, THIS S.O.T.P. SEX OFFENDER TREATMENT TEAM HELD ANOTHER HEARING ON MAY 22, 2009 TO DO A REVIEW AND RECLASSIFICATION OF THIS S-4 CLASSIFICATION ON ME. ONLY THIS TIME MY CASEWORKER'S ALL TOLD ME TO START THE GRIEVANCE PROCESS AND GET IT IN COURT. EVEN A DOCTOR IN MENTAL HEALTH WHOME WAS SPEAKING TO MY TRIAL ATTORNEY TOLD ME (US) THAT SHE DID NOT UNDERSTAND THIS AT ALL. MY ARGUEMENT AGAINST THIS IS ;

(1.) THE STATUTE 16-11.7-101 to 106 C.R.S. (2001) DOES NOT APPLY TO ME OR THE 1993 CASE. THIS STATUTE WAS NEVER STATED IN THE 1996 HEARING. THE HEARING BOARD ONLY QUOTED THEIR THEORY. THEY MISUNDERSTOOD THE LEGAL TERMINOLOGY OF WHAT'S CALLED (FACTUAL BASIS) A POLICE REPORT. PEOPLE LYE IN POLICE REPORTS ALL THE TIME.

(2.) THIS CASE (CIVIL ACTION) IS NOT BEYOND STATUTE OF LIMITATION, BECAUSE THIS SEX OFFENDER TREATMENT TEAM / C.D.O.C. ADMINISTRATION HELD YET ANOTHER BIAS HEARING WITHOUT ME IN ATTENDANCE OR MY TRIAL ATTORNEY WHOME REQUESTED TO BE PRESENT.

"... AND HAVE BEEN DENIED. I HAVE THE RIGHT TO REVIEW ALL RECORDS REGARDING THIS CIVIL ACTION AS A PRO-SE PARTY.

BECAUSE OF THIS TRUTHFULL REPLY ARGUEMENT I WOULD NOW MOVE TO PROCEED TO TRIAL AND CONTINUE FORWARD WITH THIS LEGAL CIVIL ACTION. I WOULD FURTHER MOTION TO APPOINT COUNCEL TO ME IN WHICH I HAVE ALREADY OBTAINED AND HE AGREES TO REPRESNT ME IN THIS CIVIL ACTION (IF COURT WILL APPOINT HIM). ALSO THAT ACCORDING TO CONLEY v. GIBSON, 355 U.S. 41, 45-46 (1957) THAT IN CONSIDERING A MOTION TO DISMISS, A PRO-SE COMPLAINT SHOULD BE HELD TO LESS STRICT STANDARDS THAN A MOTION DRAFTED BY A LAWYER. I ASK FOR STILL ANOTHER "CONTINUANCE" FOR A CHANCE TO GET DECLARATIONS THAT I NEED AND AM WORKING ON NOW. ALSO TO SECURE RELIABLE COUNSEL IN WHICH I ALREADY AM IN PROCESS. HIS NAME IS:

{ ATTORNEY RICHARD B. PEDDIE, D.C. #26425
  1601 FLEMMING DRIVE
  LONGMONT, COLORADO. 80501 }

INSTEAD OF DISMISSING MY CLAIM I RESPECTFULLY REQUEST CONTINUANCE AND OR TO MOVE FORWARD TO TRIAL, OR TO INSTRUCT PUEBLO COUNTY DISTRICT COURT TO ALLOW ME TO REOPEN THE 1993 CASE IN WHICH COLO. DEPT. OF CORRECTIONS S.O.T.P. - ADMINISTRATION IS CLASSIFING ME SEX OFFENDER (S-4 CODE NON-CONVICTION

I SUBMITT THIS REPLY ARGEMENT TO MOTION TO DISMISS THIS; 23 DAY OF MAY, 2010.

RESPECTFULLY SUBMITTED

*Anthony N. Romero*

PLAINTIFF PRO-SE;
ANTHONY NATHANIEL ROMERO
INMATE # 82681 · UNIT D3-2
CENTENNIAL CORRECTIONAL FACILITY
P.O. BOX 600
CAÑON CITY, COLO. 81215

(PAGE 4 OF 4)

## CERTIFICATE OF MAILING

CIVIL ACTION NO. 09-CV-02388-BNB-REB

TO; UNITED STATES DISTRICT COURT
901 - 19TH STREET
DENVER, COLORADO. 80294

I ANTHONY NATHANIEL ROMERO CERTIFY THAT I HAVE MAILED ORIGANAL COPY OF <u>REPLY ARGUEMENT TO MOTION TO DISMISS</u>, TO THE ABOVE LISTED ADDRESS.

ON MAY 23, 2010.

*/s/ Anthony N. Romero*

ANTHONY NATHANIEL ROMERO
REG # 82681
C.C.F   UNIT D3-2
P.O. BOX 600
CAÑON CITY, COLORADO.
81215