## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02388-REB-BNB

ANTONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Dept. of Corrections
Sex Offender Treatment Progam Coordinator,

Defendant.

_____

ENTRY OF APPEARANCE
_____

The law firm of Richard Byron Peddie, P.C., enters its appearance on behalf of plaintiff

Anthony Nathaniel Romero.  Attorney Richard Byron Peddie [Colo. No. 26425], a member of

the bar of this Court, is designated as counsel of record.

RICHARD BYRON PEDDIE, P.C.

By:Richard Byron Peddie
1601 Flemming Drive
Longmont, Colorado 80501
Tel.: 303.444.5447
Fax: 501.639.6038
E-mail: lawstudios@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2010, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following

e-mail addresses:

> JOHN W. SUTHERS, Attorney General
> C/o Jennifer S. Huss, Assistant Attorney General
> Civil Litigation & Employment Law Section
> 1525 Sherman Street – Seventh Floor
> Denver, Colorado 80203
> [jennifer.huss@state.co.us]

and I hereby certify that I have mailed or served the document or paper to the following non

CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's

name:

> n/a

> RICHARD BYRON PEDDIE, P.C.

> By:  Richard Byron Peddie
> 1601 Flemming Drive
> Longmont, Colorado 80501
> Tel.: 303.444.5447
> Fax: 501.639.6038
> E-mail: lawstudios@comcast.net