IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Dept. of Corrections
Sex Offender Treatment Program Coordinator, individually and in
his official capacity, and COLORADO DEPARTMENT OF
CORRECTIONS

Defendants.
_____

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
_____

Plaintiff Anthony Nathaniel Romero moves for leave to file a second amended complaint "(SAC)" in this case.  These are the grounds:

### *Conferral*

Counsel has conferred with opposing counsel regarding the subject of this motion.  The parties remain in disagreement.  Counsel is informed that defendants will resist this motion on at least the following grounds: Defendants will argue that further amendment of the complaint is futile because no amendment can overcome the statute of limitations infirmity outlined in defendants' motion to dismiss now pending before this Court.

### *Prior Amendments*

The original complaint was filed *pro se* on October 7, 2009.  On December 21, 2009,

Plaintiff, still acting *pro se*, filed an amended complaint with this Court.  Doc. 12.

### *Grounds*

1. Plaintiff filed his Motion for Leave to Proceed *In Forma Pauperis* on October 1, 2009, commencing these proceedings.  Doc. 1.

2. The complaint was filed *pro se* on October 7, 2009.  Doc. 3.  An amended complaint was filed *pro se* on December 21, 2009.  Doc. 12.

3. Undersigned counsel entered his appearance on June 4, 2010.

4. No answer has been filed.  Defendant Lander has, instead, moved to dismiss the amended complaint for failure to state a claim.  Doc. 23.

5. The SAC, which is attached, is therefore Plaintiff's first presentation of his claims that is framed by a licensed attorney-at-law and member of the bar of this Court.

6. No party will suffer any undue degree of prejudice.  The Court should "freely" grant a party the opportunity to amend its pleadings "when justice so requires."  FRCP Rule 15(a)(2).

WHEREFORE, Plaintiff requests that this Court grant Plaintiff leave to file the attached Second Amended Complaint.

*Respectfully submitted this twenty-eighth day of June, 2010:*

                                                     RICHARD BYRON PEDDIE, P.C.

                                                    By:Richard Byron Peddie
                                                    1601 Flemming Drive
                                                    Longmont, Colorado 80501
                                                    Tel.: 303.444.5447
                                                    Fax: 501.639.6038
                                                    E-mail: lawstudios@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> JOHN W. SUTHERS, Attorney General
> c/o Jennifer S. Huss, Assistant Attorney General
> Civil Litigation & Employment Law Section
> 1525 Sherman Street – Seventh Floor
> Denver, Colorado 80203
> [jennifer.huss@state.co.us]

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   n/a

RICHARD BYRON PEDDIE, P.C.

*/s/ Richard Byron Peddie*

By: Richard Byron Peddie
1601 Flemming Drive
Longmont, Colorado 80501
Tel.: 303.444.5447
Fax: 501.639.6038
E-mail: lawstudios@comcast.net