Office of the Clerk
United States District Court
901 - 19th Street
Denver, Colorado.
80294

June 24, 2010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL -6 2010
GREGORY C. LANGHAM
CLERK

Re: Civil Action No.; 09-CV-02388-REB-BNB

Dear Mr. Langham,

Hello, I am writting to let you know that I have been struggling with funds. I have been faithfully sending $20.00 or $25.00 per mounth. I missed the mounth of May 2010. I appauligize. My father Manuel Romero has been in the intensive care unit for 3 wks. He is out now thank's to God. I am sending $10.00 payment now for mounth of June. I should be recieving more money real soon I will try to pay this off quickly. Will you please send me a status print out to show how much more I still owe and how much I've paid to date, so that I can be totally sure and up to date?

Mr. Langham, I do thank you so much for working with me. I hope to hear from you soon. Have a great day & God Bless you & Yours.

Sincerely Yours

Anthony N. Romero

ANTHONY N. ROMERO #82681
C.C.F. Unit CZ-5
P.O. Box 600
Cañon City, Colorado.
81215

· CERTIFICATE OF MAILING ·

To ; UNITED STATES DISTRICT COURT
901 - 19 TH. STREET Room - A 105
~~Cañon City~~ Denver, COLORADO.
80294

RE ; CIVIL ACTION No ; 09CV02388·RNB·BNB

I hereby certify that I have mailed a $10.00 payment and letter to above address and Civil Action on June 24, 2010

*Anthony N. Romero*

ANTHONY N. ROMERO
#82681 - C.C.F - UNIT C2-5
P.O. BOX 600
CAÑON CITY, COLORADO
81215