```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX029350
Cashier ID: sq
Transaction Date: 07/06/2010
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTONY NATHANIEL ROMERO #82681
 Case/Party: D-COX-1-09-CV-002388-001
 Amount:         $10.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 14107790787
 Amt Tendered:   $10.00
------------------------------------
Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:      $0.00

09-CV-2388-REB-BNB
MONTHLY PYMT

A fee of $45.00 will be assessed on
any returned check.
```