## Notice of Right to an Administrative Review

Romero, Anthony, 82681
CSP

Dear Mr. Romero:

We are writing to inform you that the Colorado Department of Corrections is revising their sexual violence rating procedures. As the result of a recent court decision, DOC will offer the opportunity for an Administrative Review to any offender who has never been convicted of a sex offense (felony, misdemeanor, juvenile, or COPD) but has a history of sexual behavior that may justify a sex offender designation.

This court decision affirms that "in rehabilitative matters, prison officials may consider any history established in the offender's record which it may determine requires treatment". However, the court decision also states that offenders who have not been convicted of a sex offense should be offered an Administrative Review to dispute the history of sexually violent/abusive behavior.

Although you have never been convicted of a sex offense, the DOC has identified facts in your file which indicate you have engaged in sexually violent/abusive behavior for which we may recommend participation in sex offender treatment. In order to offer you the opportunity for an Administrative Review, we may suspend your sexual violence rating until an Administrative Review can occur.

**You must notify us in writing if you wish to be scheduled for an Administrative Review.** Please fill out the attached form if you wish to be scheduled for an Administrative Review. You can call witnesses and present documentary evidence at the hearing if you believe you have not engaged in sexually violent /abusive behavior which should be identified for rehabilitative purposes. You cannot have an attorney or offender represent you at the Administrative Review.

The following facts were identified by DOC as facts upon which a sex offender designation may be based:
> 1) Presentence Report dated 11/23/93, indicating the factual basis for the offense was sexual in nature, and that a plea bargain was made.

**If we do not receive a written request for an Administrative Review within five calendar days, we will assume that you agree that the facts justify a sex offender designation.**

_____        _____        _____
Offender signature                                82681            5/24/02
(case manager/parole agent/community agent signature      DOC#             Date
if offender refuses to sign)

EXHIBIT

PENGAD 800-631-6989

DC Form 750-02C (05/00)

## Administrative Review Request Form

If we do not receive a written request for a hearing within five days, we will assume that you agree with these determinations and are not requesting a hearing. We will assume that you agree with the documentation and recommendations:

Name: _ANTHONY N. ROMERO_     DOC# _82681_
(print)

Current location: _FI-28  CSP_

___AR___ I disagree that I have a history of sexually violent/abusive behavior and I am requesting a hearing to dispute my designation as an offender recommended for sex offender treatment

_____ I waive my right to a hearing

If you are requesting a hearing, please answer the following questions:

___AR___ I have witnesses I would like at the hearing     DAY PHONE# (970) work
List witnesses:  _509 11th St FT.COLLINS, CO. 80524_        _493-7556_
        Margaret A. WATSON      X-wife      L.C.T
        Phil Aragon           Parole officer - Pueblo, Co.

_____ I will require special services for the hearing (sign language interpreter, etc.)
List services needed:

Confidential information may be disclosed by witness testimony or documentary evidence during the Administrative Review process.
By requesting the Administrative Review you are releasing all relevant confidential information, and agreeing to its disclosure.

                                        #82681
                              _Anthony N. Romero_ 5/26/00
                                    Offender Signature

Return this form to your case manger/parole agent
community agent
xc: Hearings file

Attachment "C"
Page 1 of 1

PENGAD 800-631-6989

EXHIBIT

2

DC Form 750-02D (05/00)

To:   Romero, Anthony   #82681     E5-22

## NOTICE OF ADMINISTRATIVE REVIEW

You are scheduled for an Administrative Review on <u>September 13, 2000 at 9:30 a.m. in C-Pod Classroom</u>.

Please bring all materials in your possession that may help you discuss the factual allegations in the Notice of Right To Administrative Review.

_____           _9-12-26_____
Offender Signature                                                  (Date)
(case manager/parole agent/community agent signature if offender
refuses to sign)

Attachment "D".
Page 1 of 1

EXHIBIT

3

PENGAD 800-631-6989

## DECISION ON SEX OFFENDER DESIGNATION

Romero, Anthony _____(offender name), _____82681_____ DOC #

_S-H_  The Panel has determined you will be classified a sex offender based on the following evidence and reasons. ≤

a.   You behaved in a sexually violent and abusive manner, based on the following evidence:

b.   Your behavior could threaten the safety of the public upon release, or the safety of prison staff and offenders, for the following reasons:

c.   You have not offered any credible explanation that would avoid the conclusion that you have behaved in a sexually violent and/or abusive manner, and that behavior may threaten the safety of the public upon release, or the safety of facility staff and offenders. based on PSIR that inmate fondled 7yr victim

_____  The Panel has determined you will not be classified a sex offender.

Offender _Romero, Anthony_ , DOC# _82681_ received this document on (date) _9-13-00_.

_Anthony N. Romero_
Offender Signature
(case manager/parole agent/community agent signature if offender refuses to sign)

_____ Panel Member

_____ Panel Member

_____ Panel Member

cc:   Mental Health File
      Working File
      Offender

Attachment "E"
Page 1 of 1

PENGAD 800-631-6989

EXHIBIT
4