IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.  09-cv-02388-REB-BNB          Date: July 13, 2010
Courtroom Deputy: Geneva D. Mattei               FTR BNB COURTROOM A-401

---

ANTHONY NATHANIEL ROMERO,                    Richard Peddie

Plaintiff(s),

v.

JAMES LANDER,                                                  Paul Sanzo

Defendant(s).

---

## COURTROOM MINUTES

---

HEARING: MOTION

Court in Session:      10:03 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:        Motion for leave to file second amended complaint [Doc. #33; filed 6/28/10] is granted as stated on the record. The Clerk of the Court is directed to accept the amended complaint for filing.**

Court in Recess:  10:31 a.m.        Hearing concluded.  Total time in Court: 00:28

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.