IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender Treatment Program Coordinator,

Defendant.
_____

## ORDER
_____

This matter arises on the plaintiff's **Motion for Leave to File Second Amended Complaint** [Doc. # 33, filed 6/28/2010] (the "Motion to Amend"). Also pending is the defendant's **Motion to Dismiss** [Doc. # 23, filed 4/1/2010].

I held a hearing on these matters this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend [Doc. # 33] is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint [Doc. # 33-1].

IT IS FURTHER ORDERED that the Motion to Dismiss [Doc. # 23] is DENIED WITHOUT PREJUDICE in view of the filing of the Second Amended Complaint.

Dated July 13, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge