IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender Treatment Program Coordinator, and COLORADO DEPARTMENT OF CORRECTIONS

Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE

Defendants, by and through their counsel of record, the Office of the Colorado Attorney General, hereby submit the following Unopposed Motion to Continue the Scheduling Conference currently set for July 27, 2010, at 9:30 a.m. In support thereof, Defendants state as follows:

1.	On July 13, 2010, the Court granted Plaintiff's Motion for Leave to File Second Amended Complaint. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants responsive pleading is currently due on or before July 27, 2010. Defendants intend to file a Motion to Dismiss Plaintiff's Second Amended Complaint.

2.	Also on July 13, 2010, the Court set a Scheduling Conference for July 27, 2010, at 9:30 a.m. In light of the fact that Defendants plan to file a Motion to Dismiss, counsel for Plaintiff and the Defendants discussed the possibility of continuing the Scheduling Conference pending the Court's ruling on Defendants' Motion. This course

of action would be beneficial to all parties because upon the resolution of Defendants' Motion to Dismiss, the parties will have a better understanding of the relevant issues, which will aid both sides in making Rule 16 and 26(f) disclosures and conducting discovery more efficiently.

3. Therefore, for purposes of judicial economy, Defendants request the postponement of the Scheduling Conference to a date closely following the resolution of their Motion to Dismiss.

4. This unopposed motion is not for the purpose of delay and no party will suffer prejudice by a postponement of the Scheduling Conference.

5. As set forth herein, pursuant to D.C.Colo.LCiv.R. 7.1(A), undersigned counsel certifies that Plaintiff's counsel does not oppose the relief requested in this motion.

WHEREFORE, Defendants respectfully request that the Scheduling Conference set for July 27, 2010, be continued to a date following the Court's ruling on Defendants' Motion to Dismiss.

Respectfully submitted this 16th day of July, 2010.

JOHN W. SUTHERS
Attorney General

s/ Paul S. Sanzo
PAUL S. SANZO, 10681
First Assistant Attorney General

JENNIFER S. HUSS, 36176*
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorneys for Defendants

1525 Sherman Street, 7th Floor
Denver, Colorado 80203
Telephone: 303-866-5452
Facsimile: 303-866-5443
*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that on the 16th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard Byron Peddie
lawstudios@comcast.net

*Courtesy copies by e-mail to:*
Keith Nordell, CDOC
Dennis Burbank, CCF
Peggy Heil, CDOC
Richard Lins, CDOC

s/ Paul S. Sanzo

3