IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender Treatment Program Coordinator, individually and in his official capacity, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion to Continue Scheduling Conference** [docket no. 43, filed July 16, 2010] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The Scheduling Conference set for July 27, 2010, at 9:30 a.m. will go forward as previously set.


DATED:  July 19, 2010