IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender Treatment Program Coordinator, individually and in his official capacity, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Dismiss Second Amended Complaint** [docket no. 47, filed July 22, 2010] (the "Motion").

IT IS ORDERED that the plaintiff shall respond to the Motion on or before **August 12, 2010**. Defendants have ten (10) days after the filing of the response to file a reply.

DATED:  July 22, 2010