IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No 09-cv-02388-REB-BNB | Date: July 27, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

---

ANTHONY NATHANIEL ROMERO,                    Richard Peddie

    Plaintiff(s)

v.

JAMES LANDER, et al.                         Paul Sanzo

    Defendant(s).

---

**COURTROOM MINUTES**

---

**SCHEDULING CONFERENCE**

Court in Session:   9:30 a.m.

Appearances of counsel.

Court's opening remarks.

Disclosures will be made **August 16, 2010**.

Deadline for joinder of parties and amendment of pleadings is: **elapsed**

Discovery cut-off is: **January 27, 2011**

The dispositive motion deadline is: **February 28, 2011**

The parties shall designate all experts no later than: **November 1, 2010**

-1-

The parties shall designate all rebuttal expert no later than: **December 1, 2010**

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Settlement Conference will be held at the request of the parties.

Pretrial Conference shall be held **March 18, 2011 at 8:30 a.m.** in Courtroom A-401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado**.**  A proposed Pretrial Order shall be submitted on or before **March 11, 2011**.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:      9:43 a.m.      Hearing concluded.  Total time in court: 00:13

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.