IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender Treatment Program Coordinator, individually and in his official capacity, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the Scheduling Conference held on July 27, 2010, it is hereby ORDERED that a **Pretrial Conference** is set for **March 18, 2011, at 8:30 a.m.**, in Courtroom A-401, Fourth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

      The Final Pretrial Order shall be submitted pursuant to District of Colorado ECF Procedures V.L.1.b. on or before **March 11, 2011**. The Final Pretrial Order should be prepared in accordance with Appendix G, D.C.COLO.LCivR.

DATED: July 27, 2010