```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX031029
Cashier ID: sg
Transaction Date: 09/07/2010
Payer Name: ANTONY NATHANIEL ROMERO #826
81
----------------------------------------
PLRA CIVIL FILING FEE
 For: ANTONY NATHANIEL ROMERO #82681
 Case/Party: D-COX-1-09-CV-002388-001
 Amount:       $10.00
----------------------------------------
MONEY ORDER
 Check/Money Order Num: 202510330033
 Amt Tendered: $10.00
----------------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00

MONTHLY PYMT ON FEES

REB-BNB

A fee of $45.00 will be assessed on
any returned check.
```

• Certificate of Mailing •

United States District Court
901 - 19th Street
Denver, Colorado.
80294

Civil Action No; 09-CV-02388 BNB-REB

I Anthony Nathaniel Romero Certify that I have mailed a $10.00 payment for filling fee of $350.00 to the above address and Civil Action on; Aug. 19, 2010

*Anthony N. Romero*

ANTHONY N. ROMERO
#82681
C.C.F.   Unit C2-5
P.O. Box 600
Cañon City, Colorado.
·81215·