```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX031948
Cashier ID: sg
Transaction Date: 10/07/2010
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY NATHANIEL ROMERO #8268
 Case/Party: D-COX-1-09-CV-002388-001
 Amount:        $20.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 14132425723
 Amt Tendered: $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

MONTHLY PYMT ON FEES

REB-BNB

A fee of $45.00 will be assessed on
any returned check.
```

CERTIFICATE OF MAILING

TO: UNITED STATES DISTRICT COURT
901 ~ 19TH STREET
DENVER, COLORADO.
·80294-3589·

CIVIL CASE NO.: #09-CV-02388-REB-BNB

I ANTHONY NATHANIEL ROMERO
HEREBY CERTIFY THAT I HAVE MAILED A
MOUNTHLY PAYMENT OF $20.00 FILLING FEE,
TO ABOVE ADDRESS AND CIVIL ACTION ON...
DATE 9/23/10.

ANTHONY N. ROMERO
INMATE #82681
C.C.F. UNIT C2-5
P.O. BOX 600
CAÑON CITY, COLORADO.
·81215·