IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,
Plaintiff,
v.
JAMES LANDER, M.A., L.P.C., Colorado Dept. of Corrections
Sex Offender Treatment Program Coordinator, and COLORADO
DEPARTMENT OF CORRECTIONS,
Defendants.

_____

### *Errata* to OBJECTIONS TO RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

_____

COMES NOW the Plaintiff, Anthony Romero, correcting certain Errata in his *Objections to Recommendation of United States Magistrate Judge* (Doc. 59)("Objections"), *to-wit:*

On page 4 in footnote 2, Plaintiff's counsel wrote:

Plaintiff's front-line claim, however, remains that he was classified in May of **2000** without due process, whether or not that DOC action could also be characterized as a "reimposition" of a prior classification or not.

Oppositions at 4 n. 2 (emphasis supplied).

Plaintiff's counsel meant to write:

Plaintiff's front-line claim, however, remains that he was classified in May of **2009** without due process, whether or not that DOC action could also be characterized as a "reimposition" of a prior classification or not.

*Respectfully submitted, this 8th day of November, 2010:*

1

RICHARD BYRON PEDDIE, P.C.

By:Richard Byron Peddie
1601 Flemming Drive
Longmont, Colorado 80501
Tel.: 303.444.5447
lawstudios@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>JOHN W. SUTHERS, Attorney General
>c/o Paul Sanzo, First Assistant Attorney General
>c/o Jennifer Huss, Assistant Attorney General
>Civil Litigation & Employment Law Section
>1525 Sherman Street – Seventh Floor
>Denver, Colorado 80203
>[paul.sanzo@state.co.us]
>[jennifer.huss@state.co.us]

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

n/a

>RICHARD BYRON PEDDIE, P.C.
>
>*/s/ R. Byron Peddie*
>
>By:  Richard Byron Peddie
>1601 Flemming Drive
>Longmont, Colorado 80501
>Tel.: 303.444.5447
>Fax: 501.639.6038
>E-mail: lawstudios@comcast.net