IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

    Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender
    Treatment Program Coordinator, individually and in his official capacity, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

## FINAL JUDGMENT

I.    Pursuant to the Order to Dismiss in Part and to Draw Case to A District Judge and to a Magistrate Judge, entered by Judge Christine M. Arguello for Judge Zita L. Weinshienk, [#14], filed January 21, 2010, The claims asserted against Aristedes W. Zavaras are dismissed as legally frivolous and Aristedes W. Zavaras is dismissed as a party to this action.

II.    Pursuant to the **Order Adopting Recommendation of United States Magistrate Judge** [#62] entered by Judge Robert E. Blackburn on February 14, 2011, which order is incorporated by reference,

    **IT IS ORDERED** as follows:

    1.  That under Fed.R.Civ.P. 12(b)(6), the defendants' **Motion To Dismiss Second Amended Complaint** [#47] filed July 22, 2010, is **GRANTED**;

    2.  That the plaintiff's **Second Amended Complaint** [#42] filed July 13, 2010, is

**DISMISSED WITH PREJUDICE**;

3. That, pursuant to Fed. R. Civ. P. 58(a), **JUDGMENT IS ENTERED** in favor of the defendants, Aristedes W. Zavares, James Lander, and the Colorado Department of Corrections, against plaintiff, Anthony Nathaniel Romero;

4. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this ___17th___ day of February, 2011.

FOR THE COURT:

Gregory C. Langham, Clerk

By: s/ Edward P. Butler
 Edward Butler
 Deputy Clerk