# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Dept. of Corrections
Sex Offender Treatment Program Coordinator, individually and in
his official capacity

Defendant.

_____

### AMENDED NOTICE OF APPEAL [*In Forma Pauperis*]
_____

Notice is hereby given that Anthony Romero, plaintiff in this case, appeals to the United

States Court of Appeals for the Tenth Circuit from the final judgment entered on the 17th

day of February, 2011 [#63].  Plaintiff notes that he was granted leave to proceed *in*

*forma pauperis* in the District Court [#2].

*March 4, 2011:*                                                                    RICHARD
              BYRON PEDDIE,   *[signature]*   P.C.


              By:Richard Byron Peddie
              1601 Flemming Drive
              Longmont, Colorado 80501
              Tel.: 303.444.5447
              Fax: 501.639.6038
              E-mail: lawstudios@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2011, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following e-mail addresses:

> JOHN W. SUTHERS, Attorney General
> C/o Jennifer S. Huss, Assistant Attorney General
> Civil Litigation & Employment Law Section
> 1525 Sherman Street – Seventh Floor
> Denver, Colorado 80203
> [jennifer.huss@state.co.us]

and I hereby certify that I have mailed or served the document or paper to the following

non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-

participant's name:

n/a

RICHARD BYRON PEDDIE, P.C.

By:  Richard Byron Peddie
1601 Flemming Drive
Longmont, Colorado 80501
Tel.: 303.444.5447
Fax: 501.639.6038
E-mail: lawstudios@comcast.net