ALLMTN, APPEAL, TERMED

## U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:09-cv-02388-REB-BNB

Romero v. Lander
Assigned to: Judge Robert E. Blackburn
Referred to: Magistrate Judge Boyd N. Boland
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/07/2009
Date Terminated: 02/17/2011
Jury Demand: None
Nature of Suit: 555 Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

**Anthony Nathaniel Romero**                 represented by   **Richard Byron Peddie**
                                                              Richard Byron Peddie, P.C.
                                                              1601 Flemming Drive
                                                              Longmont, CO 80501
                                                              303-444-5447
                                                              Fax: 501-639-6038
                                                              Email: lawstudios@comcast.net
                                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Aristedes W. Zavares**
*Executive Director of the Colo. Dept. of
Corrections*
*TERMINATED: 01/21/2010*

**Defendant**

**Sex Offender Treatment Program
Team**
*TERMINATED: 12/21/2009*

**Defendant**

**James Lander**                             represented by   **Jennifer Susan Huss**
*Colorado Department of Corrections*                          Colorado Attorney General's Office
*Sex Offender Treatment Program*                             1525 Sherman Street
*Coordinator. 2862 S. Circle Dirve,*                         Denver, CO 80203
*Colo Springs, Colorado 80906*                               303-866-4472
                                                              Fax: 303-866-5443
                                                              Email: jennifer.huss@state.co.us
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Paul S. Sanzo**
                                                              Colorado Attorney General's Office
                                                              1525 Sherman Street

Denver, CO 80203
303-866-5452
Fax: 303-866-5443
Email: paul.sanzo@state.co.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**James (I) Lander**
*M.A., L.P.C., individually*

represented by **Jennifer Susan Huss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul S. Sanzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Colorado Department of Corrections**

represented by **Jennifer Susan Huss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul S. Sanzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2009 | 1 | MOTION and Affidavit for Leave to Proceed Under 28 U.S.C. 1915 by Plaintiff Anthony Nathaniel Romero. (jak, ) (Entered: 10/07/2009) |
| 10/07/2009 | 2 | ORDER Directing Clerk to Commence Civil Action and granting 1 Motion for Leave to Proceed in Forma Pauperis. Plaintiff shall have 30 days to pay an initial partial filing fee of $26.00, by Magistrate Judge Boyd N. Boland on 10/6/09.(jak, ) (Entered: 10/07/2009) |
| 10/07/2009 | 3 | Prisoner COMPLAINT against Aristedes W. Zavares, Sex Offender Treatment Program Team, filed by Anthony Nathaniel Romero.(jak, ) (Entered: 10/07/2009) |
| 10/23/2009 | 4 | LETTER by Plaintiff Anthony Nathaniel Romero. (jjh, ) (Entered: 10/23/2009) |
| 10/23/2009 | 5 | PAYMENT RECEIVED from Anthony Nathaniel Romero in the amount of $ 26.50; Receipt Number 22921; Initial Payment. (jjh, ) (Entered: 10/23/2009) |
| 10/26/2009 | 6 | ORDER Directing Plaintiff to File Amended Complaint within 30 days by Magistrate Judge Boyd N. Boland on 10/26/09. (jjh, ) (Entered: 10/26/2009) |
| 11/13/2009 | 7 | MOTION to Appoint Counsel by Plaintiff Anthony Nathaniel Romero. (jjh, ) (Entered: 11/13/2009) |

| 11/13/2009 | 8 | Minute ORDER denying as premature 7 Motion to Appoint Counsel by Magistrate Judge Boyd N. Boland on 11/13/09.(jjh, ) (Entered: 11/13/2009) |
|---|---|---|
| 11/16/2009 | 9 | LETTER by Plaintiff Anthony Nathaniel Romero. (jjh, ) (Entered: 11/16/2009) |
| 11/17/2009 | 10 | MINUTE ORDER plaintiff may withdraw his action, the court cannot waive the filing fee. Plaintiff shall have up to and including 12/28/09, either to withdraw the action or to file an amended complaint as directed by Magistrate Judge Boyd N. Boland on 11/17/09. (jjh, ) (Entered: 11/17/2009) |
| 12/08/2009 | 11 | PAYMENT RECEIVED from Anthony Nathaniel Romero in the amount of $ 25.00; Receipt Number 24142; Monthly Payment. (jjh, ) (Entered: 12/08/2009) |
| 12/21/2009 | 12 | AMENDED COMPLAINT against James Lander, Aristedes W. Zavares, filed by Anthony Nathaniel Romero.(jjh, ) (Entered: 12/21/2009) |
| 01/07/2010 | 13 | PAYMENT RECEIVED from Anthony Nathaniel Romero in the amount of $ 20.00; Receipt Number 24809; Monthly Payment. (jjh, ) (Entered: 01/08/2010) |
| 01/21/2010 | 14 | ORDER to Dismiss in Part and to Draw Case to A District Judge and to a Magistrate Judge. The claims asserted against Aristedes W. Zavaras are dismissed as legally frivolous and Aristedes W. Zavaras is dismissed as a party to this action. This case shall be drawn to a district judge and to a magistrate judge. By Judge Christine M. Arguello for Judge Zita L. Weinshienk on 01/20/2010. (sah, ) (Entered: 01/21/2010) |
| 01/21/2010 | 15 | Letter from Clerk of Court addressed to Mr. Romero advising of case assignment to Judge Blackburn. (sah, ) (Entered: 01/21/2010) |
| 01/26/2010 | 16 | ORDER Requiring Service By United States Marshal. By Judge Robert E. Blackburn on 01/25/2010. (sah, ) (Entered: 01/26/2010) |
| 02/01/2010 | 17 | WAIVER OF SERVICE Returned Executed by Teresa Reynolds. James Lander waiver sent on 2/1/2010, answer due 4/2/2010. (sah, ) (Entered: 02/01/2010) |
| 02/04/2010 | 18 | PAYMENT RECEIVED from Anthony Nathaniel Romero in the amount of $20.00; Receipt Number 25570; Monthly Payment. (jak, ) Modified on 2/8/2010 to reflect correct payment amount (jak, ). (Entered: 02/05/2010) |
| 02/08/2010 | 19 | Docket Annotation re: 18 Payment Received. Modified on 2/8/2010 to reflect correct payment amount. Text only entry - no document attached (jak, ) (Entered: 02/08/2010) |
| 02/10/2010 | 20 | NOTICE Of Availabilty of a United States Magistrate Judge to Exercise Jurisdiction by Plaintiff Anthony Nathaniel Romero. Signed by Plaintiff only. (sah, ) (Entered: 02/10/2010) |
| 02/12/2010 | 21 | NOTICE of Entry of Appearance by Jennifer Susan Huss on behalf of James Lander (Huss, Jennifer) (Entered: 02/12/2010) |
| 03/04/2010 | 22 | PAYMENT RECEIVED from Anthony Nathaniel Romero in the amount of |

| | | |
|---|---|---|
| | | $ 20.00; Receipt Number COX026294; Monthly Payment. (sah, ) (Entered: 03/04/2010) |
| 04/01/2010 | 23 | MOTION to Dismiss by Defendant James Lander. (Huss, Jennifer) (Entered: 04/01/2010) |
| 04/01/2010 | 24 | ORDER REFERRING CASE to Magistrate Judge Boyd N. Boland, for all matters, by Judge Robert E. Blackburn on 4/1/10. (rebsec, ) (Entered: 04/01/2010) |
| 04/01/2010 | 25 | MEMORANDUM regarding 23 MOTION to Dismiss filed by James Lander.Motions referred to Magistrate Judge Boyd N. Boland by Judge Robert E. Blackburn on 4/1/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(rebsec, ) (Entered: 04/01/2010) |
| 04/08/2010 | 26 | MINUTE ORDER: re: 23 MOTION to Dismiss filed by James Lander. The plaintiff shall respond to the Motion on or before April 30, 2010. Defendant has fifteen (15) days after the filing of the response to file a reply, by Magistrate Judge Boyd N. Boland on 4/8/10. (bnbcd, ) (Entered: 04/09/2010) |
| 04/19/2010 | 27 | PAYMENT RECEIVED from Anthony Nathaniel Romero in the amount of $ 20.00; Receipt Number COX027428; Monthly Payment. (sah, ) (Entered: 04/20/2010) |
| 05/03/2010 | 28 | MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Dismiss by Plaintiff Anthony Nathaniel Romero. (sah, ) (Entered: 05/03/2010) |
| 05/03/2010 | 29 | MEMORANDUM regarding 28 MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Dismiss filed by Anthony Nathaniel Romero.Motions referred to Magistrate Judge Boyd N. Boland by Judge Robert E. Blackburn on 5/3/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(rebsec, ) (Entered: 05/03/2010) |
| 05/03/2010 | 30 | MINUTE ORDER: granting 28 Motion for Extension of Time to File Response/Reply. Plaintiff has to and includingMay 28, 2010, in which to respond to the Motion to Dismiss, by Magistrate Judge Boyd N. Boland on 5/3/10.(bnbcd, ) (Entered: 05/04/2010) |
| 05/27/2010 | 31 | RESPONSE to 23 MOTION to Dismiss filed by Plaintiff Anthony Nathaniel Romero. (sah, ) (Entered: 05/28/2010) |
| 06/04/2010 | 32 | NOTICE of Entry of Appearance by Richard Byron Peddie on behalf of Anthony Nathaniel Romero (Peddie, Richard) (Entered: 06/04/2010) |
| 06/28/2010 | 33 | MOTION to Amend/Correct/Modify 12 Amended Complaint by Plaintiff Anthony Nathaniel Romero. (Attachments: # 1 Exhibit Proposed Second Amended Complaint)(Peddie, Richard) (Entered: 06/28/2010) |
| 06/29/2010 | 34 | MEMORANDUM regarding 33 MOTION to Amend/Correct/Modify 12 Amended Complaint filed by Anthony Nathaniel Romero.Motions referred to Magistrate Judge Boyd N. Boland by Judge Robert E. Blackburn on 6/29/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(rebsec, ) (Entered: 06/29/2010) |

| 06/29/2010 | 35 | MINUTE ORDER Setting Hearing on Motion 33 Motion for Leave to File Second Amended Complaint 12 Amended Complaint : Motion Hearing set for 7/13/2010 10:00 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland. Defendant shall respond to the Motion on or before July 9, 2010. No reply will be accepted without leave of court, by Magistrate Judge Boyd N. Boland on 6/29/10. (bnbcd, ) (Entered: 06/29/2010) |
|---|---|---|
| 07/06/2010 | 36 | LETTER address to Mr. Langham regarding lack of funds by Plaintiff Anthony Nathaniel Romero. (sah, ) (Entered: 07/06/2010) |
| 07/06/2010 | 37 | PAYMENT RECEIVED from Anthony Nathaniel Romero in the amount of $ 10.00; Receipt Number COX029350; Monthly Payment. (sah, ) (Entered: 07/06/2010) |
| 07/08/2010 | 38 | RESPONSE to 33 MOTION to Amend/Correct/Modify 12 Amended Complaint filed by Defendant James Lander. (Attachments: # 1 Exhibit Attachments 1-4)(Huss, Jennifer) (Entered: 07/08/2010) |
| 07/13/2010 | 39 | Minute Entry for proceedings held before Magistrate Judge Boyd N. Boland: Motion Hearing held on 7/13/2010. Motion for leave to file second amended complaint [Doc. #33; filed 6/28/10] is granted as stated on the record. The Clerk of the Court is directed to accept the amended complaint for filing. (Court Reporter FTR-G.Mattei) (bnbcd, ) (Entered: 07/13/2010) |
| 07/13/2010 | 40 | MINUTE ORDER : Scheduling Conference set for 7/27/2010 09:30 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland, by Magistrate Judge Boyd N. Boland on 7/13/10. (bnbcd, ) (Entered: 07/13/2010) |
| 07/13/2010 | 41 | ORDER: denying without prejudice 23 Motion to Dismiss; granting 33 plaintiffs Motion for Leave to File Second AmendedComplaint, by Magistrate Judge Boyd N. Boland on 7/13/10.(bnbcd, ) (Entered: 07/13/2010) |
| 07/13/2010 | 42 | SECOND AMENDED COMPLAINT against Colorado Department of Corrections, James Lander, James (I) Lander, filed by Anthony Nathaniel Romero.(sah, ) (Entered: 07/14/2010) |
| 07/16/2010 | 43 | Unopposed MOTION to Continue *Scheduling Conference* by Defendants Colorado Department of Corrections, James Lander, James (I) Lander. (Sanzo, Paul) (Entered: 07/16/2010) |
| 07/16/2010 | 44 | MEMORANDUM regarding 43 Unopposed MOTION to Continue *Scheduling Conference* filed by Colorado Department of Corrections, James (I) Lander, James Lander.Motions referred to Magistrate Judge Boyd N. Boland by Judge Robert E. Blackburn on 7/16/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(rebsec, ) (Entered: 07/16/2010) |
| 07/19/2010 | 45 | MINUTE ORDER: denying 43 Defendants Unopposed Motion to Continue Scheduling Conference, by Magistrate Judge Boyd N. Boland on 7/19/10. (bnbcd, ) (Entered: 07/19/2010) |
| 07/20/2010 | 46 | Proposed Scheduling Order by Defendants Colorado Department of Corrections, James Lander, James (I) Lander. (Sanzo, Paul) (Entered: 07/20/2010) |

| 07/22/2010 | 47 | MOTION to Dismiss *Second Amended Complaint* by Defendants Colorado Department of Corrections, James Lander, James (I) Lander. (Attachments: # 1 Exhibit Unpublished Opinion, # 2 Exhibit Unpublished Opinion)(Sanzo, Paul) (Entered: 07/22/2010) |
|---|---|---|
| 07/22/2010 | 48 | MEMORANDUM regarding 47 MOTION to Dismiss *Second Amended Complaint* filed by Colorado Department of Corrections, James (I) Lander, James Lander.Motions referred to Magistrate Judge Boyd N. Boland by Judge Robert E. Blackburn on 7/22/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(rebsec, ) (Entered: 07/22/2010) |
| 07/22/2010 | 49 | MINUTE ORDER: re: 47 MOTION to Dismiss Second Amended Complaint filed by Colorado Department of Corrections, James (I) Lander, James Lander. The plaintiff shall respond to the Motion on or before August 12, 2010. Defendants have ten (10) days after the filing of the response to file a reply, by Magistrate Judge Boyd N. Boland on 7/22/10. (bnbcd, ) (Entered: 07/22/2010) |
| 07/27/2010 | 50 | TRIAL PREPARATION CONFERENCE ORDER by Judge Robert E. Blackburn on 7/27/10. Trial Preparation Conference set for 5/20/2011 at 03:00 PM in Courtroom A1001 before Judge Robert E. Blackburn. Two (2) day Bench Trial set for 5/31/2011 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec, ) (Entered: 07/27/2010) |
| 07/27/2010 | 51 | Minute Entry for proceedings held before Magistrate Judge Boyd N. Boland: Scheduling Conference held on 7/27/2010. Discovery due by 1/27/2011. Dispositive Motions due by 2/28/2011. The parties shall designate all experts no later than: November 1, 2010. The parties shall designate all rebuttal expert no later than: December 1, 2010. Proposed Pretrial Order due by 3/11/2011. Final Pretrial Conference set for 3/18/2011 08:30 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland. (Court Reporter FTR-G.Mattei) (bnbcd, ) (Entered: 07/27/2010) |
| 07/27/2010 | 52 | SCHEDULING ORDER: by Magistrate Judge Boyd N. Boland on 7/27/10. (bnbcd, ) (Entered: 07/27/2010) |
| 07/27/2010 | 53 | MINUTE ORDER : Proposed Pretrial Order due by 3/11/2011. Final Pretrial Conference set for 3/18/2011 08:30 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland, by Magistrate Judge Boyd N. Boland on 7/27/10. (bnbcd, ) (Entered: 07/27/2010) |
| 08/12/2010 | 54 | RESPONSE to 47 MOTION to Dismiss *Second Amended Complaint* filed by Plaintiff Anthony Nathaniel Romero. (Peddie, Richard) (Entered: 08/12/2010) |
| 08/25/2010 | 55 | REPLY to Response to 47 MOTION to Dismiss *Second Amended Complaint* filed by Defendants Colorado Department of Corrections, James Lander, James (I) Lander. (Huss, Jennifer) (Entered: 08/25/2010) |
| 09/07/2010 | 56 | PAYMENT RECEIVED from Anthony Nathaniel Romero in the amount of $ 10.00; Receipt Number COX031029; Monthly Payment. (sah, ) (Entered: 09/07/2010) |

| 10/07/2010 | 57 | PAYMENT RECEIVED from Anthony Nathaniel Romero in the amount of $ 20.00; Receipt Number COX031948; Monthly Payment. (sah, ) (Entered: 10/07/2010) |
|---|---|---|
| 10/19/2010 | 58 | RECOMMENDATION of United States Magistrate Judge. It is recommended that the Motion to Dismiss Second Amended Complaint 47 be granted and that the Complaint be dismissed by Magistrate Judge Boyd N. Boland on 10/19/10. (jjh, ) (Entered: 10/19/2010) |
| 11/05/2010 | 59 | OBJECTION to 58 Report and Recommendations filed by Plaintiff Anthony Nathaniel Romero. (Peddie, Richard) (Entered: 11/05/2010) |
| 11/08/2010 | 60 | ERRATA re 59 Objection to Report and Recommendations by Plaintiff Anthony Nathaniel Romero. (Peddie, Richard) (Entered: 11/08/2010) |
| 11/18/2010 | 61 | REPLY to Response to Objection to 58 Report and Recommendations filed by Defendants Colorado Department of Corrections, James Lander, James (I) Lander. (Huss, Jennifer) (Entered: 11/18/2010) |
| 02/14/2011 | 62 | ORDER. The Recommendation of United States Magistrate Judge 58 filed10/19/2010, is APPROVED and ADOPTED. The objections stated in the plaintiffs Objections To Recommendation of United States Magistrate Judge 59 filed 11/5/2010, are OVERRULED. Under FED. R. CIV. P. 12(b)(6), the defendants Motion To Dismiss Second Amended Complaint 47 filed 7/22/2010, is GRANTED. JUDGMENT SHALL ENTER in favor of the defendants, James Lander, and the Colorado Department of Corrections, against the plaintiff, Anthony Nathaniel Romero. The defendants are AWARDED their costs. By Judge Robert E. Blackburn on 2/14/2011.(sah, ) (Entered: 02/14/2011) |
| 02/17/2011 | 63 | FINAL JUDGMENT Pursuant to Fed. R. Civ. P. 58(a), JUDGMENT IS ENTERED in favor of the defendants, Aristedes W. Zavares, James Lander, and the Colorado Department of Corrections, against plaintiff, Anthony Nathaniel Romero. The defendants are AWARDED their costs.Signed on 2/17/2011. (sah, ) (Entered: 02/17/2011) |
| 03/02/2011 | 64 | NOTICE *of Appeal* by Plaintiff Anthony Nathaniel Romero (Peddie, Richard) (Entered: 03/02/2011) |
| 03/04/2011 | 65 | NOTICE OF APPEAL as to 62 Order on Motion to Dismiss,,, Order on Report and Recommendations,, 63 Clerk's Judgment, *Amended* by Plaintiff Anthony Nathaniel Romero (Peddie, Richard) (Entered: 03/04/2011) |
| 03/04/2011 | 66 | TRANSCRIPT ORDER FORM re 65 Notice of Appeal by Plaintiff Anthony Nathaniel Romero (Peddie, Richard) (Entered: 03/04/2011) |