IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,
Plaintiff,
v.
JAMES LANDER, M.A., L.P.C., Colorado Dept. of Corrections
Sex Offender Treatment Program Coordinator, and COLORADO
DEPARTMENT OF CORRECTIONS,
Defendants.

_____

**MOTION FOR LEAVE TO PROCEED ON APPEAL *IN FORMA PAUPERIS***
_____

COMES NOW Plaintiff Anthony Nathaniel Romero, requesting leave of this Court under 28 USC § 1915 to proceed *in forma pauperis* on appeal. These are the grounds:

1. Plaintiff has filed a Notice of Appeal [#65].

2. In its docketing letter, the U.S. Tenth Circuit has directed Plaintiff either to pay fees or file a motion to proceed without prepayment of fees.

3. On October 7, 2009, this Court granted Plaintiff leave to proceed *in forma pauperis* [#2].

4. Under Federal Rules of Appellate Procedure ("FRAP") Rule 24(a)(3) –

    A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless:

    (A) the district court—before or after the notice of appeal is filed—certifies

1

>   that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
>   (B) a statute provides otherwise.

FRAP Rule 24(a)(3).

5.  This Court has not certified that this appeal is not taken in good faith; nor has this Court made any finding that Plaintiff is not otherwise entitled to proceed *in forma pauperis* on appeal.

6.  Plaintiff knows of no statute barring him from proceeding *in forma pauperis* on appeal.

7.  Plaintiff otherwise appears to be entitled to proceed on appeal *in forma pauperis*.

WHEREFORE, Plaintiff requests leave to proceed on appeal *in forma pauperis* under 28 USC § 1915.

*This sixth day of March, 2011:*

RICHARD BYRON PEDDIE, P.C.

By: Richard Byron Peddie
1601 Flemming Drive
Longmont, Colorado 80501
Tel.: 303.444.5447
lawstudios@comcast.net

### CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> JOHN W. SUTHERS, Attorney General
> c/o Paul Sanzo, First Assistant Attorney General
> c/o Jennifer Huss, Assistant Attorney General
> Civil Litigation & Employment Law Section
> 1525 Sherman Street – Seventh Floor
> Denver, Colorado 80203
> [paul.sanzo@state.co.us]
> [jennifer.huss@state.co.us]

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

n/a

> RICHARD BYRON PEDDIE, P.C.
>
> *[signature]*
>
> By:  Richard Byron Peddie
> 1601 Flemming Drive
> Longmont, Colorado 80501
> Tel.: 303.444.5447
> Fax: 501.639.6038
> E-mail: lawstudios@comcast.net

3