United States District Court
901 - 19th Street
Denver, Colorado.
80294-3589

26 March 2011

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2011

GREGORY C. LANGHAM
CLERK

Plaintiff;
Anthony Nathaniel Romero
-v.-
James Lander M.A., L.P.C.
Colo. Dept. of Corrections
Defendants,

Civil Action No;
09-CV-02388-REB-BNB

**Motion For Extension of Time to Reply To Order To Cure Deficiency**

Plaintiff comes now to request an extention of time to reply for the order to Cure Deficiency for the following reasons;

1.) I submitted written request for a Certified Copy of prisoner trust fund statement for 6-mounth period to my Caseworker Mr. Chavez and also to the Accounting dept. Nobody has responded as of to date. I did not even recieve court order from my attorney untill (3-15-11).

2.) I sent out for an In Forma pauperous application from the U.S.D.C. Clerk's office because Law Library here at C.D.O.C. ~C.C.F. refused to provide me with one to accompany the 6-mounth account statement.

Your honor please grant me this extention of time so that I may Comply with the Court ordered Cure Deficiency. This particular facility moves exstreemely slow for inmates whome have Civil Actions. Thank you so much for your patients I am working on this issue.

Respectfully Submitted,
Anthony N. Romero

Anthony Nathaniel Romero #82681
Unit C2-2 - C.C.F.
P.O. Box 600
Cañon City, Colorado. 81215

(P. 1 of 1)

- Certificate of Mailing -

United States District Court
901 - 19th Street
Denver, Colorado. 80294-3589

Civil Action No;
    09-CV-02388-REB-BNB

I Anthony Nathaniel Romero certify that I have mailed a motion for extention of time to reply to Court Ordered Cure of Deficiency. on 26 March 2011.

*(signature)*

Anthony Nathaniel Romero
#82681
Unit G2-2 - C.C.F.
P.O. Box 600
Cañon City, Colo.
81215