**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

      Plaintiff,

v.

JAMES LANDER, Colorado Department of Corrections Sex Offender Treatment Program Coordinator, 2862 S. Circle Drive, Colorado Springs, Colorado 80906,

      Defendant.

## MINUTE ORDER[1]

The matter is before the court on plaintiff's **Motion For Extention** (sic) **Of Time To Reply To Order To Cure Deficiency** [#71] filed March 29, 2011. The motion is **GRANTED**. Plaintiff shall have until **May 3, 2011**, to comply with the court's **Order To Cure Deficiency** [#70] entered March 7, 2011.

Dated: March 30, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.