IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02388-REB-BNB
(To be supplied by the court)

ANTHONY NATHANIEL ROMERO   #82681, Plaintiff,
UNIT G3-2 - C.C.F.
P.O. BOX 600
CANON CITY, COLORADO, 81215

v.

JAMES LANDER M.A., L.P.C.
COLO. DEPT. OF CORRECTIONS

_____, Defendant(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:
   CIVIL RIGHTS VIOLATIONS IN ADMINISTRATIVE CLASSIFICATION @ C.D.O.C.

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

I HAVE NO ASSETS. I GET VERY LITTLE MONEY AND 20% IS ALWAYS WITHHELD FOR RESTITUTION AND BACK PAY FOR CHILD SUPPORT. I ALSO HAVE BEEN MAKING $10 TO $20 MOUNTHLY PAYMENTS TO U.S.D.C. FOR $350.00 FILLING FEES.

5. Are you in imminent danger of serious physical injury?

___ Yes  ✓ No  (CHECK ONE). If you answered yes, briefly explain your answer:

_____

_____

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  3-29-2011
            (Date)

_____
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                                           2

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

| | |
|---|---|
| **Centennial Correctional Facility** | **Colorado State Penitentiary** |
| P.O. Box 600 | P.O. Box 777 |
| Cañon City, CO  81215-0600 | Cañon City, CO  81215-0777 |
| Phone:  (719) 269-5510 | Phone:  (719) 269-5120 |
| Fax:      (719) 269-5569 | Fax:      (719) 269-5125 |



John W. Hickenlooper
Governor

Tom Clements
Executive Director

I, Case Manager T. Chavez, certify that the attached Statement of Account Activity for offender Anthony Romero #82681 for the dates of 2010 through 2010 is true and accurate according to CDOC records.

S/ _Chavez_ _____ Date____03/29/2011____

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**\*\*Statement of Account Activity\*\***

Period: 09/21/2010 - 03/21/2011
Printed: 03/29/2011

Name: ROMERO, ANTHONY N
Number: 82681
Location: CENTENNIAL - CCF/UNIT3G

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 09/21/10 00:00 | Beginning Balance | | 97.94 | 97.94 | | | 35.93 | 62.01 | |
| 09/21/10 07:00 | Canteen Order #7681707 | -5.61 | 92.33 | 92.33 | | | 30.32 | 62.01 | |
| 09/21/10 09:29 | Canteen #7711724 Hold | | | 92.33 | CANTEEN | 25.33 | 55.65 | 36.68 | |
| 09/23/10 07:34 | Canteen Order #7711724 | -25.33 | 67.00 | 67.00 | | | 30.32 | 36.68 | C |
| 09/27/10 08:11 | Canteen #7724436 Hold | | | 67.00 | CANTEEN | 12.57 | 42.89 | 24.11 | |
| 09/29/10 07:12 | Canteen Order #7724436 | -12.57 | 54.43 | 54.43 | | | 30.32 | 24.11 | C |
| 09/30/10 01:10 | CHILD SUPPORT-22025747928 | -15.16 | 39.27 | 39.27 | | | 15.16 | 24.11 | C |
| 09/30/10 02:06 | RESTITUTION-96CR1059 | -15.16 | 24.11 | 24.11 | | | 0.00 | 24.11 | C |
| 10/02/10 23:26 | JPAY CREDIT | 75.00 | 99.11 | 99.11 | MANDATORY | 15.00 | 15.00 | 84.11 | C |
| 10/05/10 11:53 | Canteen #7740111 Hold | | | 99.11 | CANTEEN | 24.22 | 39.22 | 59.89 | |
| 10/05/10 13:23 | Canteen #7740905 Hold | | | 99.11 | CANTEEN | 4.30 | 43.52 | 55.59 | |
| 10/06/10 08:44 | MONEY ORDER-DEBIT | -20.75 | 78.36 | 78.36 | | | 43.52 | 34.84 | C |
| 10/07/10 06:43 | Canteen Order #7740111 | -24.22 | 54.14 | 54.14 | | | 19.30 | 34.84 | C |
| 10/07/10 16:04 | 5 STUDENT | 6.41 | 60.55 | 60.55 | MANDATORY | 1.28 | 20.58 | 39.97 | |
| 10/12/10 09:42 | Canteen #7755525 Hold | | | 60.55 | CANTEEN | 19.49 | 40.07 | 20.48 | |
| 10/14/10 06:52 | Canteen Order #7755525 | -19.49 | 41.06 | 41.06 | | | 20.58 | 20.48 | |
| 10/19/10 10:03 | Canteen #7771616 Hold | | | 41.06 | CANTEEN | 19.88 | 40.46 | 0.60 | |
| 10/20/10 07:01 | Canteen Order #7740905 | -4.30 | 36.76 | 36.76 | | | 36.16 | 0.60 | |
| 10/22/10 09:01 | Canteen Order #7771616 | -19.88 | 16.88 | 16.88 | | | 16.28 | 0.60 | |
| 10/29/10 00:35 | CHILD SUPPORT-22025747928 | -8.14 | 8.74 | 8.74 | | | 8.14 | 0.60 | |
| 10/29/10 01:03 | RESTITUTION-96CR1059 | -8.14 | 0.60 | 0.60 | | | 0.00 | 0.60 | C |
| 11/08/10 10:19 | 5 STUDENT | 6.30 | 6.90 | 6.90 | MANDATORY | 1.26 | 1.26 | 5.64 | |
| 11/09/10 09:36 | Canteen #7817586 Hold | | | 6.90 | CANTEEN | 0.60 | 1.86 | 5.04 | |
| 11/09/10 10:25 | Canteen #7818871 Hold | | | 6.90 | CANTEEN | 4.81 | 6.67 | 0.23 | |
| 11/12/10 06:53 | Canteen Order #7818871 | -4.81 | 2.09 | 2.09 | | | 1.86 | 0.23 | C |
| 11/18/10 23:22 | JPAY CREDIT | 30.00 | 32.09 | 32.09 | MANDATORY | 6.00 | 7.86 | 24.23 | C |
| 11/19/10 07:07 | Canteen Order #7817586 | -0.60 | 31.49 | 31.49 | | | 7.26 | 24.23 | C |
| 11/23/10 10:01 | Canteen #7851580 Hold | | | 31.49 | CANTEEN | 20.08 | 27.34 | 4.15 | |
| 11/26/10 06:44 | Canteen Order #7851580 | -20.08 | 11.41 | 11.41 | | | 7.26 | 4.15 | C |
| 11/26/10 23:22 | JPAY CREDIT | 100.00 | 111.41 | 111.41 | MANDATORY | 20.00 | 27.26 | 84.15 | C |
| 11/29/10 23:23 | JPAY CREDIT | 50.00 | 161.41 | 161.41 | MANDATORY | 10.00 | 37.26 | 124.15 | C |
| 11/30/10 00:43 | CHILD SUPPORT-22025747928 | -18.63 | 142.78 | 142.78 | | | 18.63 | 124.15 | C |
| 11/30/10 01:07 | RESTITUTION-96CR1059 | -18.63 | 124.15 | 124.15 | | | 0.00 | 124.15 | C |
| 11/30/10 09:28 | Canteen #7858134 Hold | | | 124.15 | CANTEEN | 15.49 | 15.49 | 108.66 | |
| 12/01/10 09:32 | Canteen Order #7858134 | -15.49 | 108.66 | 108.66 | | | 0.00 | 108.66 | |
| 12/01/10 10:42 | POSTAGE-DEBIT | -2.41 | 106.25 | 106.25 | | | 0.00 | 106.25 | |
| 12/03/10 15:59 | 5 STUDENT | 6.60 | 112.85 | 112.85 | MANDATORY | 1.32 | 1.32 | 111.53 | |
| 12/08/10 08:45 | Canteen #7874873 Hold | | | 112.85 | CANTEEN | 31.91 | 33.23 | 79.62 | |
| 12/09/10 07:05 | Canteen Order #7874873 | -31.91 | 80.94 | 80.94 | | | 1.32 | 79.62 | C |
| 12/14/10 09:28 | PHOTOS - DEBIT | -2.00 | 78.94 | 78.94 | | | 1.32 | 77.62 | C |
| 12/14/10 14:03 | Canteen #7895436 Hold | | | 78.94 | CANTEEN | 37.98 | 39.30 | 39.64 | |
| 12/14/10 23:24 | JPAY CREDIT | 30.00 | 108.94 | 108.94 | MANDATORY | 6.00 | 45.30 | 63.64 | |
| 12/15/10 23:25 | JPAY CREDIT | 45.00 | 153.94 | 153.94 | MANDATORY | 9.00 | 54.30 | 99.64 | |
| 12/16/10 06:54 | Canteen Order #7895436 | -37.98 | 115.96 | 115.96 | | | 16.32 | 99.64 | |
| 12/21/10 13:50 | Canteen #7913065 Hold | | | 115.96 | CANTEEN | 48.24 | 64.56 | 51.40 | |
| 12/27/10 07:01 | Canteen Order #7913065 | -48.24 | 67.72 | 67.72 | | | 16.32 | 51.40 | |
| 12/28/10 13:04 | Canteen #7926010 Hold | | | 67.72 | CANTEEN | 32.43 | 48.75 | 18.97 | |
| 12/30/10 00:34 | CHILD SUPPORT-22025747928 | -8.16 | 59.56 | 59.56 | | | 40.59 | 18.97 | |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

Page 1 of 3

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**\*\*Statement of Account Activity\*\***
Period: 09/21/2010 - 03/21/2011
Printed: 03/29/2011

Name: ROMERO, ANTHONY N
Number: 82681
Location: CENTENNIAL - CCF/UNIT3G

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance |
|---|---|---|---|---|---|---|---|---|
| 09/21/10 00:00 | Beginning Balance | | 97.94 | 97.94 | | | 35.93 | 62.01 |
| 09/21/10 07:00 | Canteen Order #7681707 | -5.61 | 92.33 | 92.33 | | | 30.32 | 62.01 |
| 09/21/10 09:29 | Canteen #7711724 Hold | | | 92.33 | CANTEEN | 25.33 | 55.65 | 36.68 |
| 09/23/10 07:34 | Canteen Order #7711724 | -25.33 | 67.00 | 67.00 | | | 30.32 | 36.68 |
| 09/27/10 08:11 | Canteen #7724436 Hold | | | 67.00 | CANTEEN | 12.57 | 42.89 | 24.11 |
| 09/29/10 07:12 | Canteen Order #7724436 | -12.57 | 54.43 | 54.43 | | | 30.32 | 24.11 |
| 09/30/10 01:10 | CHILD SUPPORT-22025747928 | -15.16 | 39.27 | 39.27 | | | 15.16 | 24.11 |
| 09/30/10 02:06 | RESTITUTION-96CR1059 | -15.16 | 24.11 | 24.11 | | | 0.00 | 24.11 |
| 10/02/10 23:26 | JPAY CREDIT | 75.00 | 99.11 | 99.11 | MANDATORY | 15.00 | 15.00 | 84.11 |
| 10/05/10 11:53 | Canteen #7740111 Hold | | | 99.11 | CANTEEN | 24.22 | 39.22 | 59.89 |
| 10/05/10 13:23 | Canteen #7740905 Hold | | | 99.11 | CANTEEN | 4.30 | 43.52 | 55.59 |
| 10/06/10 08:44 | MONEY ORDER-DEBIT | -20.75 | 78.36 | 78.36 | | | 43.52 | 34.84 |
| 10/07/10 06:43 | Canteen Order #7740111 | -24.22 | 54.14 | 54.14 | | | 19.30 | 34.84 |
| 10/07/10 16:04 | 5 STUDENT | 6.41 | 60.55 | 60.55 | MANDATORY | 1.28 | 20.58 | 39.97 |
| 10/12/10 09:42 | Canteen #7755525 Hold | | | 60.55 | CANTEEN | 19.49 | 40.07 | 20.48 |
| 10/14/10 06:52 | Canteen Order #7755525 | -19.49 | 41.06 | 41.06 | | | 20.58 | 20.48 |
| 10/19/10 10:03 | Canteen #7771616 Hold | | | 41.06 | CANTEEN | 19.88 | 40.46 | 0.60 |
| 10/20/10 07:01 | Canteen Order #7740905 | -4.30 | 36.76 | 36.76 | | | 36.16 | 0.60 |
| 10/22/10 09:01 | Canteen Order #7771616 | -19.88 | 16.88 | 16.88 | | | 16.28 | 0.60 |
| 10/29/10 00:35 | CHILD SUPPORT-22025747928 | -8.14 | 8.74 | 8.74 | | | 8.14 | 0.60 |
| 10/29/10 01:03 | RESTITUTION-96CR1059 | -8.14 | 0.60 | 0.60 | | | 0.00 | 0.60 |
| 11/08/10 10:19 | 5 STUDENT | 6.30 | 6.90 | 6.90 | MANDATORY | 1.26 | 1.26 | 5.64 |
| 11/09/10 09:36 | Canteen #7817586 Hold | | | 6.90 | CANTEEN | 0.60 | 1.86 | 5.04 |
| 11/09/10 10:25 | Canteen #7818871 Hold | | | 6.90 | CANTEEN | 4.81 | 6.67 | 0.23 |
| 11/12/10 06:53 | Canteen Order #7818871 | -4.81 | 2.09 | 2.09 | | | 1.86 | 0.23 |
| 11/18/10 23:22 | JPAY CREDIT | 30.00 | 32.09 | 32.09 | MANDATORY | 6.00 | 7.86 | 24.23 |
| 11/19/10 07:07 | Canteen Order #7817586 | -0.60 | 31.49 | 31.49 | | | 7.26 | 24.23 |
| 11/23/10 10:01 | Canteen #7851580 Hold | | | 31.49 | CANTEEN | 20.08 | 27.34 | 4.15 |
| 11/26/10 06:44 | Canteen Order #7851580 | -20.08 | 11.41 | 11.41 | | | 7.26 | 4.15 |
| 11/26/10 23:22 | JPAY CREDIT | 100.00 | 111.41 | 111.41 | MANDATORY | 20.00 | 27.26 | 84.15 |
| 11/29/10 23:23 | JPAY CREDIT | 50.00 | 161.41 | 161.41 | MANDATORY | 10.00 | 37.26 | 124.15 |
| 11/30/10 00:43 | CHILD SUPPORT-22025747928 | -18.63 | 142.78 | 142.78 | | | 18.63 | 124.15 |
| 11/30/10 01:07 | RESTITUTION-96CR1059 | -18.63 | 124.15 | 124.15 | | | 0.00 | 124.15 |
| 11/30/10 09:28 | Canteen #7858134 Hold | | | 124.15 | CANTEEN | 15.49 | 15.49 | 108.66 |
| 12/01/10 09:32 | Canteen Order #7858134 | -15.49 | 108.66 | 108.66 | | | 0.00 | 108.66 |
| 12/01/10 10:42 | POSTAGE-DEBIT | -2.41 | 106.25 | 106.25 | | | 0.00 | 106.25 |
| 12/03/10 15:59 | 5 STUDENT | 6.60 | 112.85 | 112.85 | MANDATORY | 1.32 | 1.32 | 111.53 |
| 12/08/10 08:45 | Canteen #7874873 Hold | | | 112.85 | CANTEEN | 31.91 | 33.23 | 79.62 |
| 12/09/10 07:05 | Canteen Order #7874873 | -31.91 | 80.94 | 80.94 | | | 1.32 | 79.62 |
| 12/14/10 09:28 | PHOTOS - DEBIT | -2.00 | 78.94 | 78.94 | | | 1.32 | 77.62 |
| 12/14/10 14:03 | Canteen #7895436 Hold | | | 78.94 | CANTEEN | 37.98 | 39.30 | 39.64 |
| 12/14/10 23:24 | JPAY CREDIT | 30.00 | 108.94 | 108.94 | MANDATORY | 6.00 | 45.30 | 63.64 |
| 12/15/10 23:25 | JPAY CREDIT | 45.00 | 153.94 | 153.94 | MANDATORY | 9.00 | 54.30 | 99.64 |
| 12/16/10 06:54 | Canteen Order #7895436 | -37.98 | 115.96 | 115.96 | | | 16.32 | 99.64 |
| 12/21/10 13:50 | Canteen #7913065 Hold | | | 115.96 | CANTEEN | 48.24 | 64.56 | 51.40 |
| 12/27/10 07:01 | Canteen Order #7913065 | -48.24 | 67.72 | 67.72 | | | 16.32 | 51.40 |
| 12/28/10 13:04 | Canteen #7926010 Hold | | | 67.72 | CANTEEN | 32.43 | 48.75 | 18.97 |
| 12/30/10 00:34 | CHILD SUPPORT-22025747928 | -8.16 | 59.56 | 59.56 | | | 40.59 | 18.97 |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

Page 1 of 3

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**\*\*Statement of Account Activity\*\***
Period: 09/21/2010 - 03/21/2011
Printed: 03/29/2011

Name: ROMERO, ANTHONY N
Number: 82681
Location: CENTENNIAL - CCF/UNIT3G

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance |
|---|---|---|---|---|---|---|---|---|
| 12/30/10 00:57 | RESTITUTION-96CR1059 | -8.16 | 51.40 | 51.40 | | | 32.43 | 18.97 |
| 01/03/11 07:04 | Canteen Order #7926010 | -32.43 | 18.97 | 18.97 | | | 0.00 | 18.97 |
| 01/04/11 12:34 | Canteen #7933664 Hold | | | 18.97 | CANTEEN | 17.95 | 17.95 | 1.02 |
| 01/06/11 06:58 | Canteen Order #7933664 | -17.95 | 1.02 | 1.02 | | | 0.00 | 1.02 |
| 01/06/11 15:08 | 5 STUDENT | 6.53 | 7.55 | 7.55 | MANDATORY | 1.30 | 1.30 | 6.25 |
| 01/11/11 12:25 | Canteen #7953516 Hold | | | 7.55 | CANTEEN | 6.20 | 7.50 | 0.05 |
| 01/14/11 06:54 | Canteen Order #7953516 | -6.20 | 1.35 | 1.35 | | | 1.30 | 0.05 |
| 01/31/11 00:41 | CHILD SUPPORT-22025747928 | -0.65 | 0.70 | 0.70 | | | 0.65 | 0.05 |
| 01/31/11 01:06 | RESTITUTION-96CR1059 | -0.65 | 0.05 | 0.05 | | | 0.00 | 0.05 |
| 02/07/11 15:05 | 5 STUDENT | 6.11 | 6.16 | 6.16 | MANDATORY | 1.22 | 1.22 | 4.94 |
| 02/08/11 09:49 | Canteen #8008584 Hold | | | 6.16 | CANTEEN | 4.88 | 6.10 | 0.06 |
| 02/09/11 13:20 | Canteen Order #8008584 | -4.88 | 1.28 | 1.28 | | | 1.22 | 0.06 |
| 02/11/11 08:48 | HYGIENE ITEMS DEBIT | -1.38 | -0.10 | 0.00 | | | 1.22 | 0.00 |
| 02/15/11 13:52 | HYGIENE ITEMS DEBIT | -1.38 | -1.48 | 0.00 | | | 1.22 | 0.00 |
| 02/17/11 23:22 | WESTERN UNION CREDIT | 25.00 | 23.52 | 23.52 | MANDATORY | 5.00 | 6.22 | 17.30 |
| 02/22/11 09:25 | Canteen #8043112 Hold | | | 23.52 | CANTEEN | 13.76 | 19.98 | 3.54 |
| 02/22/11 23:22 | JPAY CREDIT | 50.00 | 73.52 | 73.52 | MANDATORY | 10.00 | 29.98 | 43.54 |
| 02/23/11 12:17 | Canteen Order #8043112 | -13.76 | 59.76 | 59.76 | | | 16.22 | 43.54 |
| 02/28/11 00:30 | CHILD SUPPORT-22025747928 | -8.11 | 51.65 | 51.65 | | | 8.11 | 43.54 |
| 02/28/11 00:53 | RESTITUTION-96CR1059 | -8.11 | 43.54 | 43.54 | | | 0.00 | 43.54 |
| 03/01/11 13:06 | Canteen #8057189 Hold | | | 43.54 | CANTEEN | 43.36 | 43.36 | 0.18 |
| 03/02/11 11:34 | Canteen Order #8057189 | -43.36 | 0.18 | 0.18 | | | 0.00 | 0.18 |
| 03/04/11 15:16 | 1 STUDENT | 2.10 | 2.28 | 2.28 | MANDATORY | 0.42 | 0.42 | 1.86 |
| 03/04/11 15:29 | 5 STUDENT | 3.60 | 5.88 | 5.88 | MANDATORY | 0.72 | 1.14 | 4.74 |
| 03/04/11 23:26 | JPAY CREDIT | 50.00 | 55.88 | 55.88 | MANDATORY | 10.00 | 11.14 | 44.74 |
| 03/08/11 12:30 | Canteen #8074275 Hold | | | 55.88 | CANTEEN | 23.24 | 34.38 | 21.50 |
| 03/10/11 06:59 | Canteen Order #8074275 | -23.24 | 32.64 | 32.64 | | | 11.14 | 21.50 |
| 03/10/11 09:47 | Canteen #8084557 Hold | | | 32.64 | CANTEEN | 2.70 | 13.84 | 18.80 |
| 03/15/11 09:13 | Canteen #8093672 Hold | | | 32.64 | CANTEEN | 16.28 | 30.12 | 2.52 |
| 03/15/11 10:20 | POSTAGE-DEBIT | -0.44 | 32.20 | 32.20 | | | 30.12 | 2.08 |
| 03/17/11 06:45 | Canteen Order #8093672 | -16.28 | 15.92 | 15.92 | | | 13.84 | 2.08 |
| 03/17/11 06:49 | Canteen Order #8084557 | -2.70 | 13.22 | 13.22 | | | 11.14 | 2.08 |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**

Period: 09/21/2010 - 03/21/2011
Printed: 03/29/2011

Name: ROMERO, ANTHONY N
Number: 82681
Location: CENTENNIAL - CCF/UNIT3G

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance |
|---|---|---|---|---|---|---|---|---|
| 03/21/11 23:58 | Ending Balance | | 13.22 | 13.22 | | | 11.14 | 2.08 |
| | Total Deposits: | 492.65 | | | | | | |
| | Total Withdrawals: | 577.37 | | | | | | |

### Account Information as of 03/29/2011 12:01PM

| Status: ACTIVE | Current Balance: | 13.22 | Total Money In Hold: | $0.00 |
|---|---|---|---|---|
| | Total Reserved/Encumbered: | $11.14 | Available Balance: | $2.08 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative bal an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

NOTICE: This statement may not include most recent Withdrawals or Deposits.