IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02388-REB-BNB

ANTHONY NATHANIEL ROMERO,

        Plaintiff,

v.

JAMES LANDER, M.A., L.P.C., Colorado Department of Corrections Sex Offender
     Treatment Program Coordinator, individually and in his official capacity, and
COLORADO DEPARTMENT OF CORRECTIONS,

        Defendants.

---

ORDER GRANTING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Blackburn, Judge

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. The motion will be granted. Based on the information about plaintiff's financial status, the court finds that plaintiff is able to pay an initial partial filing fee of $13.00 pursuant to § 1915(b)(1). Accordingly, it is

      ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 is granted. Plaintiff shall be required to pay the full amount of the $455.00 filing fee in installments pursuant to § 1915(b)(1) regardless of the outcome of this appeal. It is

      FURTHER ORDERED that plaintiff shall pay an initial partial filing fee of $13.00. Plaintiff shall have thirty (30) days from the date of this order in which to have the designated fee sent to the clerk of the court or show cause why he has no assets and no

means by which to pay the designated initial partial filing fee.  In order to show cause, plaintiff must file a current certified copy of his trust fund account statement.  It is

FURTHER ORDERED that the clerk of the court shall provide plaintiff with two copies of this order.  Plaintiff is directed to make the necessary arrangements to have one copy of this order attached to the payment in the amount of the designated initial partial filing fee.  It is

FURTHER ORDERED that, after payment of the initial partial filing fee, plaintiff shall be required to make monthly payments of twenty percent (20%) of the preceding month's income credited to plaintiff's account or show cause each month as directed above why he has no assets and no means by which to make the monthly payment.  Plaintiff is directed to make the necessary arrangements to have each monthly payment identified by the civil action number on this order.  It is

FURTHER ORDERED that if within the time allowed plaintiff fails to have the designated initial partial filing fee or monthly payments sent to the clerk of the court or to show cause as directed above why his has no assets and no means by which to pay the designated initial partial filing fee or make the monthly payments, the court of appeals will be so notified.

DATED at Denver, Colorado this 6th day of May, 2011.

BY THE COURT:

s/ Robert E. Blackburn

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO