## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

May 10, 2011

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Romero v. Lander**

Court of Appeals Case No. 11-1093
District Court Case No. 09-cv-02388-REB-BNB

Dear Clerk of Court:

Please be advised that the record in the above referenced matter is now complete.

A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

Sincerely,
GREGORY C. LANGHAM, Clerk


by s/ B. Reed
    Deputy Clerk


cc: SEE NOTICE OF ELECTRONIC FILING