• CERTIFICATE OF MAILING •

To: United States District Court
901 - 19th Street
Denver, Colorado.
80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. # 09-CV-02388-REB-BNB

I Anthony Nathaniel Romero certify that I have mailed payment of $13.00 for the (Initial Filling Fee) to the United States District Court. On the 29 June 2011

Anthony N. Romero

Anthony N. Romero #82681
C.C.F. - Unit G3-8
P.O. Box 600
Cañon City, Colo.
81215

Note:
I am late sending this payment because the Order by Court was late getting here by my late attorney.
The Clark of Court never mailed a Court Order to me at all.