```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX040174
Cashier ID: sg
Transaction Date: 08/04/2011
Payer Name: COLORADO DEPT OF CORRECTIONS
--------------------------------
CRIMINAL DEBT
 For: ANTHONY NATHANIEL ROMERO #8268
 Case/Party: D-COX-1-09-CV-002388-001
 Amount:         $20.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 14333150172
 Amt Tendered:  $20.00
--------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

NO PYMT ON FEES

BNB

A fee of $45.00 will be assessed on
any returned check.
```