# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 11, 2012

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

     Re:  Anthony Nathaniel Romero
           v. James Lander, et al.
           No. 11-10760
           (Your No. 11-1093)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on June 4, 2012 and placed on the docket June 11, 2012 as No. 11-10760.

                    Sincerely,

                    **William K. Suter**, Clerk

                    by

                    Sandy Spagnolo
                    Case Analyst